AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

United States of America

**SUMMONS IN A CIVIL CASE**

V.

William P. Tedards
Yvonne Tedards

CASE NUMBER: 1:05CV0991

JUDGE: JOHN G. PENN

DECK TYPE: GENERAL CIVIL

DATE STAMP: 05/17/05

TO: (Name and address of Defendant)

▉▉▉▉▉ Yvonne Tedards
6470 Silversmith Place
Tucson, Arizona 85750

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian J. Sonfield
555 4th Street, NW
Washington, DC 20001

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         MAY 17 2005

CLERK                              DATE

_(signature)_
(BY) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/31/05 @ 1:15 PM | |
| NAME OF SERVER *(PRINT)* JOSEPH PIE | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 6470 Silversmith Place Tucson, AZ 85750

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 45.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-30-05        *Joseph Pie #290*
             Date                 Signature of Server

63 E Pennington Ste #102 T/N 85701
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.