AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

United States of America

**SUMMONS IN A CIVIL CASE**

V.

William P. Tedards
Yvonne Tedards

CASE NUMBER: 1:05CV0991

JUDGE: JOHN G. PENN

DECK TYPE: GENERAL CIVIL

DATE STAMP: 05/17/05

TO: (Name and address of Defendant)

William ███████ Tedards
6470 Silversmith Place
Tucson, Arizona 85750

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian J. Sonfield
555 4th Street, NW
Washington, DC 20001

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                MAY 17 2005

_____                          _____
CLERK                                     DATE

_____
(By) DEPUTY CLERK

AO 440  (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 5/31/05  @  1:15 PM |
|---|---|
| NAME OF SERVER *(PRINT)*  Joseph | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant.  Place where served:  6470 Silversmith Place
Tucson, AZ 85750

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left:  _____

☐ Returned unexecuted:  _____

☐ Other (specify):  _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  45⁰⁰ |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-30-05                    Joseph Rio #290
_____                         _____
        Date                                Signature of Server

                    63 E Pennington Ste #102  T/A 85701
                    _____
                            Address of Server

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.