UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>**Plaintiff.** )<br>)<br>v. )<br>)<br>WILLIAM P. TEDARDS, JR., and )<br>)<br>YVONNE TEDARDS )<br>)<br>**Defendants.** )<br>_____ ) | Civil Action No. 05-0991 (JGP) |

**ORDER**

This case came before the Court for an initial scheduling conference on July 19, 2005. The parties requested that all discovery be stayed pending the outcome of ongoing settlement negotiations. Accordingly, it is hereby

**ORDERED** that all discovery shall be stayed to allow the parties to continue settlement negotiations. It is further

**ORDERED** that the parties shall submit a joint report to the Court on or before August 12, 2005 detailing the status of their negotiations and the possibility of settlement. It is further

**ORDERED** that a status hearing shall be held on **September 7, 2005, at 10:00 A.M.**, in Courtroom 15..

Date: July 20, 2005                                                                                     **JOHN GARRETT PENN**
                                                                                                                       **United States District Judge**