UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-0991 (JGP) |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM P. TEDARDS, JR. | ) | |
| YVONNE TEDARDS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's July 20, 2005 order, the parties respectfully submit this report regarding the status of their settlement negotiations.

By letter dated August 10, 2005, defendants William P. Tedards, Jr. and Yvonne Tedards made an offer of settlement. Plaintiff, the United States of America, is now in the process of evaluating and responding to that offer.

The parties are hopeful that this case will settle prior to the status hearing scheduled for September 7, 2005. If the case does not settle by that date, the parties intend to apprise the Court of the status and inform the Court whether they believe that they would benefit from referral to the court's mediation program.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

      /s/
BRIAN J. SONFIELD, D.C. Bar # 449098
Assistant United States Attorney
Judiciary Center Bldg., Civil Division
555 Fourth Street, NW
Washington, D.C. 20530
(202) 514-7143

Counsel for Plaintiff


      /s/
WILLIAM P. TEDARDS, JR.
YVONNE TEDARDS
6470 N. Silversmith Place
Tucson, AZ 85750
(202) 797-9135

Defendants *pro se*

August 10, 2005