*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **UNITED STATES OF AMERICA**       ) | |
| ) | |
| **Plaintiff.**       ) | |
| ) | Civil Action No. 05-0991 (JGP) |
| v.       ) | |
| ) | |
| **WILLIAM P. TEDARDS, JR., and**       ) | |
| ) | |
| **YVONNE TEDARDS**       ) | |
| ) | |
| **Defendants.**       ) | |
| ) | |

**ORDER**

This case was scheduled for a status hearing on September 7, 2005. The parties indicated that they had not yet reached an agreement, and requested additional time to continue settlement negotiations. Accordingly, it is hereby

**ORDERED** that the parties shall submit a joint report to the Court on or before October 21, 2005 detailing the status of their negotiations and the possibility of settlement. It is further

**ORDERED** that a status hearing shall be held on **November 8, 2005, at 10:00 A.M.**, in Courtroom 15.

**Date: September 7, 2005**                                                   **JOHN GARRETT PENN**
                                                                              **United States District Judge**