UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM P. TEDARDS, JR. )<br>YVONNE TEDARDS, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 05-0991 (JGP) |

## ENTRY AND WITHDRAWAL OF APPEARANCES

The Clerk of the Court will please **enter** the appearance of Assistant United States Attorney Paul A. Mussenden as counsel for Plaintiff in the above-captioned case, and **withdraw** the appearance of Assistant United States Attorney Brian J. Sonfield.

　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　BRIAN J. SONFIELD,
　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　PAUL A. MUSSENDEN
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　555 4th Street, N.W., Rm E-4812
　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　 (202) 305-4740