UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>WILLIAM P. TEDARDS, JR. )<br>YVONNE TEDARDS, )<br>)<br>   Defendants. )<br>_____ ) | Civil Action No. 05-0991 (JGP) |

### PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff, United States of America, requests an enlargement of time, up to and including October 24, 2005, to respond to Defendants' counterclaim. This is Plaintiff's first request for an enlargement of time for this purpose. Pursuant to LCvR 7.1(m), undersigned counsel conferred with plaintiff's counsel regarding his position, who provided his consent.

For cause, Plaintiff states as follows:

1. Since Defendants' counterclaim was filed, the parties have devoted most of their efforts on this case on settlement. As a result, Plaintiff has not had an adequate opportunity to review the counterclaim and the documentation necessary to respond.

2. In addition, given the lapse of time since the events alleged in the counterclaim, some of the personnel with first hand knowledge of the details related to the allegations contained in the counterclaim are no longer employed by the Department of State. The additional time requested is therefore necessary to obtain and distill pertinent records.

3.      Accordingly, Plaintiff respectfully requests that the deadline for responding to Defendants' counterclaim be extended to October 24, 2005.

For the foregoing reasons, Plaintiff respectfully requests that its motion for an enlargement of time be granted.[1]

Dated: September 7, 2005.                    Respectfully submitted,

                                             ___/s/_____
                                             KENNETH L. WAINSTEIN, D.C. BAR #451058
                                             United States Attorney

                                             ___/s/_____
                                             R. CRAIG LAWRENCE, D.C. BAR #171538
                                             Assistant United States Attorney

                                             ___/s/_____
                                             PAUL A. MUSSENDEN,
                                             Assistant United States Attorney
                                             5O1 Third Street, N.W., Rm E-4812
                                             Washington, D.C.  20530
                                             (202) 305-4740

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.