UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                     )<br>           Plaintiff,                        )<br>                                                     )<br>    v.                                            )<br>                                                     )<br>WILLIAM P. TEDARDS, JR.      )<br>YVONNE TEDARDS,                 )<br>                                                     )<br>          Defendants.                    )<br>_____ ) | Civil Action No. 05-0991 (JGP) |

**O R D E R**

**UPON CONSIDERATION** of Plaintiff's Consent Motion for Enlargement of Time, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff shall respond to Defendants' counterclaim by not later than October 24, 2005.

**SO ORDERED**.

Dated: _____, 2005.                    _____
                                                                            UNITED STATES DISTRICT JUDGE