### UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff.** | ) | |
| | ) | **Civil Action No. 05-0991 (JGP)** |
| **v.** | ) | |
| | ) | |
| **WILLIAM P. TEDARDS, JR.,  and** | ) | |
| | ) | |
| **YVONNE TEDARDS** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

### ORDER

Upon consideration of **Plaintiff's Consent Motion for Enlargement of Time** [# 12] to respond to defendants' counterclaim, it is hereby

**ORDERED** that plaintiff shall file a response to defendants' counterclaim on or before October 24, 2005.

**Date: September 14, 2005**

**JOHN GARRETT PENN**
**United States District Judge**