4. Yesterday, the parties were able to confer regarding the joint report for the first time this week and, with the Court's permission, will be ready to submit a joint status report on October 31, 2005.

5. The parties apologize to the Court for this inadvertent error and any inconvenience it may have caused.

6. Accordingly, the parties respectfully requests that the deadline for submitting a joint status report be extended to October 31, 2005.