UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-0991 (JGP) |
| ) | |
| WILLIAM P. TEDARDS, JR. ) | |
| YVONNE TEDARDS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**O R D E R**

**UPON CONSIDERATION** of the parties' Joint Motion for Enlargement of Time, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the parties shall submit a joint report regarding the status of settlement negotiations by not later than October 31, 2005.

**SO ORDERED**.

Dated: _____, 2005.        _____
                                     UNITED STATES DISTRICT JUDGE