UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>                      Plaintiff,           )<br>                                                             )<br>              v.                                         )<br>                                                             )<br> WILLIAM P. TEDARDS, JR.            )<br> YVONNE TEDARDS,                       )<br>                                                             )<br>                      Defendants.      )<br>_____)  | Civil Action No. 05-0991 (JGP) |

## JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, the parties request an enlargement of time, up to and including October 31, 2005, to respond to the Court's September 7, 2005 Order requiring the parties to submit a joint status report regarding settlement negotiations on or before October 21, 2005.

For cause, the parties state as follows:

1. By Order dated September 7, 2005 Order [#10], the parties were required to submit a status report on settlement negotiations on or before October 21, 2005.

2. Both parties inadvertently failed to meet this deadline. Although Plaintiff's counsel calendared the upcoming 11-8-05 status conference date, he inadvertently failed to also calendar the 10-21-05 joint status report date.

3. In reviewing the docket early this week when filing the Answer to Defendants' Counterclaim, Plaintiff's counsel recognized the missed deadline and promptly notified Defendants to obtain their input on a joint report.

4.  Yesterday, the parties were able to confer regarding the joint report for the first time this week and, with the Court's permission, will be ready to submit a joint status report on October 31, 2005.

5.  The parties apologize to the Court for this inadvertent error and any inconvenience it may have caused.

6.  Accordingly, the parties respectfully requests that the deadline for submitting a joint status report be extended to October 31, 2005.

For the foregoing reasons, the parties respectfully request that their motion for an enlargement of time be granted.[1]

Dated: October 28, 2005.                    Respectfully submitted,

   /s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

   /s/
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

   /s/
PAUL A. MUSSENDEN,
Assistant United States Attorney
Judiciary Center Bldg., Civil Division
555 Fourth Street, NW
Washington, D.C. 20530
(202) 305-4740

Counsel for Plaintiff


   /s/
WILLIAM P. TEDARDS, JR.
YVONNE TEDARDS
6470 N. Silversmith Place
Tucson, AZ 85750
(202) 797-9135

Defendants *pro se*

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached.

3