UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff,　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>WILLIAM P. TEDARDS, JR.　　　　)<br>YVONNE TEDARDS,　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendants.　　　　　　　)<br>_____ ) | Civil Action No. 05-0991 (JGP) |

**JOINT STATUS REPORT**

　　　　Pursuant to the Court's September 7, 2005 Order [#10], the parties hereby submit the following status report:

　　　　Defendants have made a settlement offer and the parties are continuing their efforts, but the parties have been unable to resolve this matter to date.  Accordingly, the parties respectfully request that the Court enter a Scheduling Order governing further proceedings on the following proposed schedule:

Discovery Deadline:　　　　February 28, 2006.

Dispositive Motions Briefing Schedule:

　　　　Motions:　　　　March 20, 2006;

　　　　Oppositions:　　April 20, 2006;

　　　　Replies:　　　　May 9, 2006;

Status Conference: Depending on the Court's resolution of dispositive motions, the parties request that the Court set a status conference date to determine further proceedings.

Respectfully submitted,

\_\_\_/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

\_\_\_/s/_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

\_\_\_/s/_____
PAUL A. MUSSENDEN,
Assistant United States Attorney
Judiciary Center Bldg., Civil Division
555 Fourth Street, NW
Washington, D.C. 20530
(202) 305-4740

Counsel for Plaintiff


\_\_\_/s/_____
WILLIAM P. TEDARDS, JR.
YVONNE TEDARDS
6470 N. Silversmith Place
Tucson, AZ 85750
(202) 797-9135

October 31, 2005

Defendants *pro se*