UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| v.   ) | Civil No.  05-00991 (JGP) |
| ) | |
| ) | |
| WILLIAM P. TEDARDS, JR. AND   ) | |
| YVONNE TEDARDS   ) | |
| ) | |
| Defendants.   ) | |
| _____) | |

**ORDER**

Upon consideration of the October 31, 2005 **Joint Status Report Regarding Settlement and Further Proceedings**, and for good cause shown, it is hereby

**ORDERED** that Discovery shall be completed no later than February 28, 2006.  It is further

**ORDERED** that all dispositive Motions shall be filed no later than March 20, 2006.  It is further

**ORDERED** that all Oppositions to dispositive Motions shall be filled no later than April 20, 2006.  And it is further

**ORDERED** that all Replies to Oppositions shall be filed no later than May 9, 2006.

Date: November 8, 2005                                        **JOHN GARRETT PENN**
                                                                                **United States District Judge**