## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-0991 (JGP) |
| | ) | |
| WILLIAM P. TEDARDS, JR. | ) | |
| YVONNE TEDARDS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## JOINT MOTION TO MODIFY THE SCHEDULING ORDER

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, the parties request the present Scheduling Order be modified to enlarge the time for completing limited discovery to March 31, 2006, and for a corresponding enlargement of the time for filing dispositive motions.

For cause, the parties state as follows:

1.    By Order dated November 8, 2005 [#19], the Court adopted the parties' proposed schedule for completing discovery and filing dispositive motions.  Under the terms of that Order, discovery must be completed by February 28, 2006, and dispositive motions filed by not later than March 20, 2006.

2.    Plaintiff properly and timely noticed the depositions of both Defendants to occur by the discovery deadline imposed by the Court.  However, Defendants are unable to comply with the deposition notices due to scheduling conflicts and the logistical difficulties involved with traveling from Arizona, where they currently reside.

3.    To accommodate Defendants' schedule and avoid motion practice for a protective order, the parties conferred and agreed, subject to the Court's approval, on alternative dates for

conducting both depositions.  Under the parties' agreement, and subject to the Court's approval, the depositions of both Defendants will occur on March 27 and 28, 2006.  Documents responsive to the request attached to the deposition notice will be produced on or before March 17, 2006.

4.    To allow time to obtain the deposition transcripts and prepare dispositive motions, the parties further request that a corresponding enlargement of the dispositive motion briefing schedule be made as follows:

Dispositive Motions:       May 5, 2006;

Oppositions:               June 5, 2006;

Replies:                   June 23, 2006.

5.    Accordingly, the parties respectfully request that the Scheduling Order be modified to enlarge the deadline for completing the limited discovery described above, and for filing dispositive motions.

For the foregoing reasons, the parties respectfully request that their motion to modify the Scheduling Order be granted.[1]

Dated: February 24, 2006.                    Respectfully submitted,

_____/s/_____

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____/s/_____

R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


_____/s/_____

PAUL A. MUSSENDEN,
Assistant United States Attorney
Judiciary Center Bldg., Civil Division
555 Fourth Street, NW
Washington, D.C. 20530
(202) 305-4740

Counsel for Plaintiff


_____/s/_____

WILLIAM P. TEDARDS, JR.
YVONNE TEDARDS
6470 N. Silversmith Place
Tucson, AZ 85750
(202) 797-9135

Defendants *pro se*

---

[1]Pursuant to the Court's Local Civil Rule 7 (c), a proposed order consistent with this motion is attached.