UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  )       Plaintiff,                                  )  )   v.                                                )   )  WILLIAM P. TEDARDS, JR.       )  YVONNE TEDARDS,                  )  )        Defendants.                          )  _____ ) | Civil Action No. 05-0991 (JGP) |

### **O R D E R**

**UPON CONSIDERATION** of the parties' Joint Motion to Modify the Scheduling Order, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Defendants shall respond to Plaintiff's document request by not later than March 17, 2006.  It is further

**ORDERED** that Defendants' depositions shall occur on March 27 and 28, 2006.  It is further

**ORDERED** that all dispositive Motions shall be filed by not later than May 5, 2006. It is further

**ORDERED** that all Oppositions to dispositive Motions shall be filed by not later than June 5, 2006.  It is further

**ORDERED** that all Replies to Oppositions shall be filed by not later than June 23, 2006.

**SO ORDERED**.

Dated: _____, 2006.                    _____
                                                 UNITED STATES DISTRICT JUDGE