UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | Civil No.  05-00991 (JGP) |
| | ) | |
| **WILLIAM P. TEDARDS, JR. AND YVONNE TEDARDS** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the parties' **Joint Motion to Modify the Scheduling Order [#20]**, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**.  It is further

**ORDERED** that defendants shall respond to plaintiff's document request on or before March 17, 2006.  It is further

**ORDERED** that defendants' depositions shall occur on March 27 and 28, 2006.  It is further

**ORDERED** that all dispositive Motions shall be filed on or before May 5, 2006.  It is further

**ORDERED** that all Oppositions to dispositive Motions shall be filed on or before June 5, 2006.  And it is further

**ORDERED** that all Replies to Oppositions shall be filed on or before June 23, 2006.

Date: March 1, 2006                                              JOHN GARRETT PENN
                                                                **United States District Judge**