UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-0991 (JGP) |
| ) | |
| WILLIAM P. TEDARDS, JR. ) | |
| YVONNE TEDARDS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff, United States of America, requests an enlargement of time, up to and including July 7, 2006, to file a dispositive motion. The parties have twice moved jointly to enlarge the dispositive motion schedule, and Plaintiff moved independently for the most recent enlargement of time. Pursuant to LCvR 7.1(m), undersigned counsel conferred with *pro se* Defendants, who provided their consent.

For cause, Plaintiff states as follows:

1.   In support of its previous extension request, Plaintiff explained that Defendants' deposition was continued to obtain additional discovery regarding Defendants' counterclaim. For example, during their initial depositions, both Defendants asserted that they could not presently provide the precise amount of damages sought in their counterclaim and other related information. That continued deposition occurred on Thursday, April 27, 2006. As a result, Plaintiff's dispositive motion could not be prepared in time to meet the previous deadline.

2.   As part of the parties' agreement under Rule 29 of the Federal Rules of Civil Procedure, and due to Defendants' inability to provide basic information regarding the total

amount of their counterclaim damages, Defendants agreed at their deposition to cover the cost of the continued deposition and preparation of the transcript.

3.  However, despite repeated requests by the court reporting service and Plaintiff, Defendants did not pay for the deposition transcripts until Monday, June 12, 2006. Before that time, the transcript could not be released to Plaintiff for review and use in preparing its dispositive motion. This delayed Plaintiff's preparation of its dispositive motion.

4.  In addition, Plaintiff intends to submit a supporting declaration from the relevant personnel at the Department of State's Office of Foreign Missions [OFM] regarding the events in question. Given the passage of time, the relevant personnel have retired or moved to other offices outside the District of Columbia. For those reasons, more time than originally anticipated is necessary to obtain the supporting declarations.

5.  To allow time to consider Defendants' continued deposition received last week, and to obtain supporting declarations from OFM, Plaintiff requests that the due date for its dispositive motion be extended to July 7, 2006.

For the foregoing reasons, Plaintiff respectfully requests that its motion for an enlargement of time be granted.[1]

Dated: June 19, 2006.	Respectfully submitted,

___/s/_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

__/s/_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

__/s/_____
PAUL A. MUSSENDEN,
Assistant United States Attorney
5O1 Third Street, N.W., Rm E-4812
Washington, D.C.  20530
(202) 305-4740

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.