## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,     )
         )
      Plaintiff,    )
         )
      v.    )    Civil Action No. 05-0991 (JGP)
         )
WILLIAM P. TEDARDS, JR.    )
YVONNE TEDARDS,    )
         )
      Defendants.    )
_____ )

### O R D E R

**UPON CONSIDERATION** of Plaintiff's Consent Motion for Enlargement of Time,  it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff shall file its dispositive Motion by not later than July 7, 2006.

**SO ORDERED**.


Dated: _____, 2006.    _____
         UNITED STATES DISTRICT JUDGE