UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>WILLIAM P. TEDARDS, JR. )<br>YVONNE TEDARDS, )<br>)<br>　　　　Defendants. )<br>_____ ) | Civil Action No. 05-0991 (JGP) |

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

　　Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff, United States of America, requests a one week enlargement of time, up to and including July 14, 2006, to file a dispositive motion. The parties have twice moved jointly to enlarge the dispositive motion schedule, and Plaintiff moved independently for the last two enlargements of time. Undersigned counsel was unable to confer with *pro se* Defendants before filing this request.

　　For cause, Plaintiff states as follows:

　　1.　In support of its previous extension request, Plaintiff explained that it intends to submit a supporting declaration from the relevant personnel at the Department of State's Office of Foreign Missions [OFM] regarding the events in question and that, given the passage of time, the relevant personnel have retired or moved to other offices outside the District of Columbia.

　　2.　The OFM Program Officer in charge of OFM's Custodial Properties during most of the time in question, Ms. Lynne Miller, is now retired and is scheduled to move from this area shortly. As a result, more time than anticipated was necessary to confer with Ms. Miller and obtain her declaration.

3. Although that declaration was received after close of business today, and the motion for summary judgment is substantially complete, Plaintiff is requesting a short one week extension to finalize the motion and obtain the necessary agency and supervisory review.

4. Because the declaration has been received, Plaintiff believes that the requested one week extension will be sufficient to complete preparation and review of its dispositive motion.

For the foregoing reasons, Plaintiff respectfully requests that its motion for an enlargement of time be granted.[1]

Dated: July 6, 2006.                      Respectfully submitted,

___/s/_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

__/s/_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

__/s/_____
PAUL A. MUSSENDEN,
Assistant United States Attorney
5O1 Third Street, N.W., Rm E-4812
Washington, D.C.  20530
(202) 305-4740

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.