UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM P. TEDARDS, JR. )<br>YVONNE TEDARDS, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 05-0991 (JGP) |

**O R D E R**

**UPON CONSIDERATION** of Plaintiff's Motion for Enlargement of Time, it is hereby\

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff shall file its dispositive Motion by not later than July 14, 2006.

**SO ORDERED**.


Dated: _____, 2006.         _____
                                      UNITED STATES DISTRICT JUDGE