

# LEASE AGREEMENT

Landlord and Tenant agree to lease the Premises at the rent and for the terms stated on this lease and on the attached addendums:

| | |
|---|---|
| LANDLORD: | Office of Foreign Missions<br>Department of State<br>2201 C Street, N.W.<br>Room 2238<br>Washington, D.C. 20520 |
| TENANTS: | William P. Tedards, Jr.<br>Yvonne Tedards |
| Premises: | 3410 Garfield Street, N.W.<br>Washington, D.C. 20008 |
| Lease Term: | 3 Years; beginning May 1, 1996 through April 30, 1999, thereafter Tenant may renew lease on yearly terms at lease term expiration with Landlord approval. |

USE OF PREMISES

The Premises will be occupied by: (i) Tenant, his/her spouse (if any), and his/her children (if any) as their personal residence; (ii) Tenant's personal servants and employees; and/or (iii) approved subtenants or approved assignees and their respective families, and for no other purpose. It is understood and agreed by all parties that the premises will be used for residential purposes and such use shall not be in conflict with any zoning restrictions and shall not be disruptive of neighbors' peaceful enjoyment of their property.

RENT

Rental payments shall be made as follows:

The lease commencement date shall be April 15, 1996. At this time, Tenant is to pay the sum of $3500 for the month of April. For the month of May, the amount of $1840.96 shall be paid as pro rata rent. Thereafter, the agreed amount of $3500 per month shall be payable on the first of each month, during the first year of the the term of the lease.ent payable on the first of each month during the remainder of the first year of the lease. Then the following lease terms shall be: May 1, 1997, through April 30, 1998; $3,675.00; and May 1, 1998, through April 30, 1999; $1,860.00.

The rent payment for each month must be paid on the first day of that month at Landlord's address set forth above. Rent received later than the tenth business day of the month must be accompanied by a late fee equivalent to 5% of the rent payable for such month. Such late fee will be deemed additional rent. In no event may any amount be subtracted from it. If Tenant fails to pay any additional rent on time, Landlord shall have the same rights against Tenant as if it were a failure to pay rent.

SECURITY

At the time the lease is signed the Tenant

1

will give a security deposit to Landlord in the amount of $2,500.00. If Tenant fully complies with all the terms of this lease, Landlord will return the security deposit to Tenant within thirty (30) days after the term ends. Landlord shall place the security deposit in an interest bearing account paying the prevailing rate. Tenant shall be entitled to the interest earned on such security deposit, less one percent (1%) of such interest which Landlord may retain for administrative costs. If Tenant does not fully comply with the terms of this lease, Landlord may, following the expiration of the applicable grace and cure periods after notice, use the security deposit to pay amounts owed by Tenant pursuant to this lease. If during the course of this lease, Landlord sells the Premises, Landlord will transfer the security deposit to the buyer and, in that event, Tenant will look to the buyer for the return of the security deposit. TENANT MAY NOT UTILIZE THE SECURITY DEPOSIT AS RENT AND SHALL NOT APPLY SAME TO THE LAST MONTH'S RENT.

**UTILITIES AND SERVICES**

Tenant shall pay for the following utilities and services when billed by the public utility or other third party supplying same: gas, water, electric, telephone, exterminating, and trash removal. Tenant shall also pay any required security deposit for these and other utilities when due.

**MAINTENANCE RESPONSIBILITIES AND COSTS**

Tenant shall promptly remove ice and snow from all walks, steps and drives; and shall generally maintain grounds in good condition. As needed, tenant will keep premises, including gutters and grounds, free of leaves and debris. Additionally, Tenant will be responsible for providing all security system maintenance and repair.

**REPAIRS AND ALTERATIONS**

At his own expense, tenant shall keep in a state of good repair, maintenance, and cleanliness, all parts of the Premises. Structural elements include plumbing, heating, air conditioning, gas and electrical systems, kitchen appliances, bathroom fixtures, all of which Landlord hereby agrees to maintain and repair. If Tenant fails to maintain the Premises as aforesaid, Landlord may, following the expiration of the applicable grace and cure periods after notice, make such repairs and charge Tenant the reasonable cost of same.

Tenant may not alter, change or add to the Premises without the advance permission of Landlord. Landlord shall have thirty (30) calendar days following Tenant's written request for such permissions in which to notify Tenant of any disapproval. Work which is not disapproved within that time shall be deemed approved. All permits or fees which may be required in connection with an approved request shall be at Tenant expense.

**FIRE, DAMAGE**

Tenant shall give Landlord immediate notice

2

in case of fire or other damage to the Premises. Landlord will have the right to repair the damage within a reasonable period of time or if the damage is so substantial that it cannot be repaired within a reasonable period of time, to cancel this lease. Tenant shall pay rent only to the date of the fire or damage. If Landlord does not repair the Premises within three months of date of damage Tenant shall have the right to terminate the lease.

**LIABILITY**  Landlord shall not be liable for loss, expense or damage to any person or property caused by Tenant, Tenant's family, guests, invitees, independent contractors or employees. Tenant is responsible for all acts of Tenant, Tenant's family, employees, guests, independent contractors and invitees. Tenant shall not be responsible for damage caused by Landlord, his servants, employees, independent contractors or invitees.

**ASSIGNMENT, SUBLET**  Tenant may not sublet any part of the Premises, or assign this lease or permit any other person to use the Premises except with the advance written permission of Landlord.

**LANDLORD MAY ENTER, KEYS, SIGNS**  Except in cases of life-threatening or property-threatening emergency, Landlord will give Tenant reasonable notice or request permission and will only enter the Premises at reasonable times, to examine, make repairs or alterations, or to show the Premises to possible buyers, lenders or tenants. Tenant shall give to Landlord keys to all locks. Locks may not be changed or additional locks installed without Landlord's advance consent, which consent shall not be unreasonably delayed or withheld.

**CONDEMNATION**  If all of the premises is taken or condemned by a legal authority, the term hereof, and Tenant's rights hereunder, shall end as of the date the authority takes title of the Premises. If a material part of the Premises is taken, Landlord may cancel this lease on notice to Tenant setting forth a cancellation date not less than thirty (30) days from the date of the notice. If the lease is canceled, tenant shall deliver the Premises to Landlord on the cancellation date together with all rent due to that date. The award for any taking shall be apportioned between Landlord, who is entitled to that portion derived from the state of the Premises on the date this lease is signed (and any improvements made by Landlord) and Tenant, who is entitled to that portion derived from any improvements made by Tenant.

**COMPLIANCE WITH AUTHORITIES**  Tenant shall, at Tenant's cost, promptly comply with all laws, orders, rules and directions of all governmental authorities, insurance carriers, or Board of Fire Underwriters, if any. If Tenant causes Landlord's insurance premiums to be increased, Tenant shall compensate Landlord for such additional costs.

| | |
|---|---|
| TENANT'S DEFAULTS AND LANDLORD'S REMEDIES | A. Landlord shall give: (i) ten (10) days written notice to Tenant to cure any failure to pay rent or additional rent on time; and (ii) thirty (30) days written notice to tenant to cure: (a) an unapproved assignment of this lease, unapproved subletting of all or part of the Premises or allowing another to use the Premises without Landlord's approval; (b) unlawful conduct by Tenant or another occupant of the Premises; or © any other default under this lease.<br><br>B. If Tenant fails to correct a default within the applicable period set forth above after notice, Landlord may cancel this lease by giving tenant a written ten (10) day notice stating the date the term will end. On that date the term hereof and tenant's rights in this lease shall end and Tenant shall leave Premises and give Landlord the keys. Tenant shall continue to be responsible for rent accrued prior to such termination as well as for all other obligations that accrued under this lease prior to such termination in respect of time periods prior thereto.<br><br>C. If this lease is cancelled, Landlord may, in addition to its other remedies hereunder, (a) remove any person or property therefrom; or (b) use dispossess, eviction or other lawsuit method to take back the Premises.<br><br>D. If the Lease is terminated as result of Tenant's default hereunder beyond all applicable grace and cure periods, Landlord may re-rent the Premises and anything in it for any term. Landlord may re-rent for lower rent and give allowances to the new tenant. Tenant shall be responsible for Landlord's reasonable costs of re-renting. |
| CORRECTING TENANT'S DEFAULT | If Tenant fails to correct a default hereunder after the expiration of the applicable grace and cure period following notice, Landlord may correct it for Tenant at Tenant's expense. |
| CANCELLATION | In the event that custodial responsibility for the Premises is relinquished by the Department of State, this Lease may be terminated upon one hundred twenty (120) days written notice prior to the rent due date to vacate the Premises without damage to Landlord. Otherwise, except in the cases of an uncured default by Tenant or unrepairable damage covered in the paragraph entitled "TENANT'S DEFAULTS AND LANDLORD'S REMEDIES" Landlord will not terminate this Lease. |
| ILLEGALITY | If any part of this lease is not legal, the rest of the lease will be unaffected; provided, however, that Tenant shall have no obligation under the lease if Landlord does not provide Tenant with use and occupancy and quiet enjoyment of the premises. |
| NO WAIVER | Landlord's failure to enforce any terms of |

4

| | |
|---|---|
| | this lease shall not prevent Landlord from enforcing such terms at a later time. |
| QUIET ENJOYMENT | Landlord agrees that if Tenant pays the rent and is not in default under this lease, Tenant may peaceably and quietly have, hold and enjoy the premises for the term of this lease. |
| SUCCESSORS | This lease is binding on Landlord and will inure to the benefit of all parties who lawfully succeed to the rights or take the place of Tenant. |
| REPRESENTATIONS, CHANGES IN LEASE | Tenant has read this lease. All promises made by Landlord are in this lease. There are no others. This lease may be changed only by an agreement in writing signed by and delivered to each party. |
| | PARAGRAPH HEADINGS |
| | The paragraph headings are for convenience only. |
| EFFECTIVE DATE | This lease is effective when Landlord delivers to Tenant a copy signed by all parties. |
| INSURANCE | Tenant shall be responsible for obtaining or seeing that Tenant's contractors performing the approved renovation, alteration and repair work have adequate insurance. |
| VEHICLE PARKING | No automobile, truck, motorcycle, trailer or other vehicle may be kept on premises without proper registration, such as license plates and state sticker. Vehicle must be in operating condition if parked on premises. |
| PROPERTY ABANDONED | Any property which is left on the premises for more than seven (7) days after termination of the tenancy shall be considered to be abandoned by the Tenant or other owner and shall, at Landlord option, become Landlord's property and Landlord may dispose of it without liability to Landlord, all at the expense of the Tenant. |
| ACCEPTANCE OF PROPERTY | The Tenant acknowledges that he has examined the leased premises and his acceptance of this lease is conclusive evidence that said premises are in good and satisfactory order and repair unless otherwise specified herein. The Tenant agrees that no other agreement has been made to redecorate, repair or improve the premises unless hereinafter set forth specifically in writing. The Landlord will deliver the leased premises and all common areas in clean, safe and sanitary condition, free of rodents and vermin, in a habitable condition, and in compliance with all applicable laws. |
| AUTHORITY | This lease is being entered into pursuant to the Foreign Missions Act of 1982, 22 U.S.C. Section 4308(d) in that it is "entered into without regard to laws and regulations otherwise applicable to solicitation, |

FEB-27-1996 04:54 FROM STATE DEPT OFM TO 97979139 P.06
Case 1:05-cv-00991-DAR  Document 25-2  Filed 07/14/2006  Page 6 of 9

                                    negotiation, administration, and performance of government contracts."

**GUARANTY**            The Landlord and the Tenant understand and agree that payment of rent under the Rent Clause herein has been guaranteed in accordance with the Guaranty attached hereto as Attachment A and incorporated by reference herein.

**LANDLORD:**                              **TENANT:**

NAME: Thomas E. Burne, Jr.        NAME: William P. Tedards, Jr.

TITLE: Deputy Director Office of Foreign Missions        NAME: Yvonne Tedards

DATE: _____        DATE: March 4, 1996

6

## ADDENDUM I

1.) Landlord will perform all repair and reconditioning work listed and agreed upon below in this ADDENDUM. Landlord agrees that any such repairs not completed prior to occupancy will be completed by Landlord at Landlord's expense. Tenant will have input with respect to replacement item(s) choice(s) prior to installation.

2.) If lease is not executed for any reason, the security deposit and first month's rent payment will be refunded to Tenant in their entirety within ten business days.

3.) Landlord agrees to permit Tenant access to the premises, by appointment, prior to scheduled move-in date to permit telephone, security system, and/or other company to perform hook-up service(s).

### LIST OF REPAIRS - 3410 GARFIELD STREET, N.W.

### GENERAL - CHECK ALL SYSTEMS INCLUDING HEATING, AIR CONDITIONING, ELECTRICAL AND PLUMBING AND PUT IN GOOD WORKING ORDER

- Hot water heater: check capacity and recovery time
- Clean all gutters and remove all leaves
- Replace outside lighting timer
- Replace (4) Bathroom exhaust fan motors
- Install 8 outside lights
- Automatic garage door opener functioning properly: supply 2 garage door openers
  - Install door seal on garage door at bottom

- PLUMBING
  - Check all bathrooms for running water in toilets
  - Repair leaking toilets
  - Replace missing drain stoppers in bathtubs
  - Ensure shower heads are in working order

- ELECTRICAL
  - Ensure all light switches and Rheostats function
  - Replace faulty receptacles
  - Replace light bulbs in all light fixtures
  - Replace missing rims in recessed light fixtures
  - Replace broken covers on light fixtures if available

- FIREPLACES
  - Clean flues

- BALCONIES
  - Exterior doors to be painted (kitchen (1), second floor (2), third floor (1)) as necessary
  - Sweep

- WINDOWS
  - Remove all drapery rods and all window treatment (except those marked clearly "Do Not Remove" by Tenant), brackets, etc./ repair, patch and repaint as necessary (do not remove security bars)

-2-

      installed inside window box)
- Clean windows including skylight
- Replace broken windows and torn screens on windows (and doors)

- **DOORS**

  - Several doors to rooms and closets don't close properly: trim doors to level or align; touch up as necessary
  - Several folding closet doors don't close properly; align, repair, or replace as necessary

- **BATHROOMS**

  - Repair all toilets, basin and tubs
  - Replace broken toilet seats
  - Replace missing drain stoppers in bathtubs
  - Ensure all shower heads are in working order
  - Regrout tilework where necessary
  - Recaulk tubs as necessary
  - Clean toilet bowls, basins and tubs
  - Ensure all shower doors are on track and in working order

- **KITCHEN**

  - Clean dishwasher and replace dishwasher doorfront (stainless steel)
  - Replace kitchen flooring (with white--Tenant approval of color and Tenant option of upgrade)
  - Replace refrigerator (NTE 2100) per price quote
  - Replace stove exhaust filters and elements (burners) Costs may be credited to Tenant in replacement of unit
  - Paint kitchen white semi-gloss (Tenant approval of color)
  - Clean oven

- **MISCELLANEOUS**

  - Install new smoke alarms on each floor
  - Repair doorbell as needed
  - Ensure outside light fixtures are in working order
  - Rekey front door locks
  - Paint as necessary where any repairs are made or leaks have occurred to match
  - A thorough cleaning after all work has been completed
  - Vacuum clean carpets after all work has been completed
  - Touch up paint as necessary including living room baseboards
  - Vacuum clean vents
  - Repair thresholds as necessary
  - Exterminate house and garage area

LANDLORD:

NAME: Thomas S. Burns, Jr.

TITLE: Deputy Director
Office of Foreign
Missions

DATE: _____

TENANT: *William P. Tedards*

NAME: William P. Tedards, Jr.

NAME: Yvonne Tedards

DATE: March 4, 1996

## ADDENDUM II

In the event that the Landlord exercises the 120 day termination clause at any time during the leasing (See paragraph heading CANCELLATION, p.4 of the Lease Agreement), the Tenant will be refunded rent on the following basis:

1.) If the lease is terminated during the first year of the tenancy, the Landlord agrees to refund Tenant two months rent.

2.) If the lease is terminated during the second year of the tenancy, the Landlord agrees to refund Tenant one and a half months rent.

3.) If the lease is terminated during the third year of the tenancy, the Landlord agrees to refund Tenant one months rent.

Tenant agrees to submit $3500.00 payable by check upon execution of the lease to assist in funding for expenses of Kitchen renovations. In the event that the 120 day notice to vacate is executed during the term of this lease, $3500 will be reimbursed.

LANDLORD:

NAME: Thomas E. Burns, Jr.

TITLE: Deputy Director
       Office of Foreign
       Missions

DATE: _____

TENANT:

NAME: William P. Tedards, Jr.

NAME: Yvonne Tedards

DATE: March 4, 1996