Office of Foreign Missions
Washington, D.C. 20*

June 15, 2004

William P. Tedards, Jr.
Yvonne Tedards
3410 Garfield Street, N.W.
Washington, D.C. 20007
Via Certified mail, return receipt requested and
Via fax (202) 338-2226



7003 3110 0000 2198 3033

Re: June 18, 2002 Lease between William P. Tedards, Jr. and Yvonne Tedards and the Office of Foreign Missions, U.S. Department of State for the premises located at 3410 Garfield Street N.W.

Dear Mr. and Mrs. Tedards:

I am writing regarding your failure to pay the full rent for the above-referenced property for the months of January, February, April*, May and June 2004 and to notify you that this omission constitutes a default under the terms of the Lease.

You are hereby requested to submit to the Office of Foreign Missions (OFM) within 10 business days of the date of this letter the outstanding rent, plus the late fee in the amount of 5% of the rent due, in the amount of $24,345.07 (see attachment for details). Failure to make the payment as requested will result in the Landlord taking further actions under the Lease against you, including but not limited to cancellation of the Lease. We expect the continued payment of all future rental amounts to be paid in the manner prescribed by the Lease -- full payment on or before the first day of each month.

---

* OFM is in receipt of your partial payment for the month of April in the amount of $3,423.33. You are informed that, pursuant to the terms of the Lease, you continue to be responsible for the balance of the rent, including late fee.

We are aware of your interest in deducting the cost of repairs to the above-referenced property against the base rent for the premises. However, as Ms. Lynne Miller of my office indicated to you in a January 13 telephone conversation, that arrangement is not permitted under the Lease and is not acceptable to the Department of State. As Ms. Miller further noted in that conversation, you are not permitted, pursuant to the Lease, to deduct repair expenses from the rent; you must pay the full rent as required by the Lease; and, under the terms of the Lease, you must promptly notify OFM in writing of any defect, malfunction, or breakage.

Upon receipt of payment of the late rent within the notice period set out above and in the spirit of cooperation, we would be willing to discuss possible reimbursement, after appropriate deductions, for those repairs that the Department agrees were required. However, such reimbursement would be provided only on an exceptional basis and would not constitute a change in the Department's policy or to the terms of the Lease.

Sincerely,

Richard C. Massey
Office Director, Property


Attachment:
As Stated

RE: June 18, 2002 Lease between William P. Tedards, Jr. and Yvonne Tedards and the Office of Foreign Missions, U.S. Department of State for the premises located at 3410 Garfield Street N.W.

AMOUNTS DUE AS OF June 15, 2004:

January 2004
Rent:           $5,150.00
Late Fee:          257.50

February 2004
Rent:            5,150.00
Late Fee:          257.50

April 2004
Rent Rec'd:      3,423.33
Rent Due:        1,984.17
Late Fee:           99.20

May 2004
Rent:            5,150.00
Late Fee:          257.50

June 2004
Rent:            5,400.00
Late Fee:          270.00

**TOTAL:**       **$24,345.07**