

United States Department of State

*Office of Foreign Missions*
*Washington, D.C. 20520*

July 21, 2004

William P. Tedards, Jr.
Yvonne Tedards
3410 Garfield Street, N.W.
Washington, D.C. 20007
Via Certified mail, return receipt requested and
Via fax (202) 338-2226

    Re: June 18, 2002 Lease between William P. Tedards, Jr. and Yvonne Tedards and the Office of Foreign Missions, U.S. Department of State for the Premises located at 3410 Garfield Street N.W.

Dear Mr. and Mrs. Tedards:

In Richard Massey's letter to you of June 15, 2004, you were informed that your failure to pay rent constitutes a default under the subject Lease and that you had ten (10) business days from the date of that letter to cure the default by submitting to this office rent due (plus late fees) in the amount of $24,345.07. Current amount due is $30,015.07 (see attached).

As you have not cured the default, I must inform you that, in accordance with paragraph B of the Lease section entitled TENANT'S DEFAULTS AND LANDLORD'S REMEDIES, the Lease will be terminated as of Monday August 23, 2004. You are expected to vacate the Premises and surrender all keys at that time. Under the Lease, you will continue to be responsible for rent accrued, plus applicable late fees, as well as all other obligations under the Lease.

Sincerely,

Lynwood M. Dent, Jr.
Deputy Assistant Secretary

Attachment:
As Stated

RE: June 18, 2002 Lease between William P. Tedards, Jr. and Yvonne Tedards and the Office of Foreign Missions, U.S. Department of State for the premises located at 3410 Garfield Street N.W.

AMOUNTS DUE AS OF July 21, 2004:

**January 2004**
Rent:           $5,150.00
Late Fee:          257.50

**February 2004**
Rent:            5,150.00
Late Fee:          257.50

**April 2004**
Rent Rec'd:      3,423.33
Rent Due:        1,984.17
Late Fee:           99.20

**May 2004**
Rent:            5,150.00
Late Fee:          257.50

**June 2004**
Rent:            5,400.00
Late Fee:          270.00

**July 2004**
Rent:            5,400.00
Late Fee:          270.00

**TOTAL:**      $30,015.07