UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-991 (JGP) |
| ) | |
| WILLIAM P. TEDARDS, JR. and ) | |
| YVONNE TEDARDS ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### DECLARATION OF LYNNE E. MILLER

I, Lynne E. Miller, pursuant to 28 U.S.C. 1746 declare as follows:

1. I was the Program Officer in the Department of States' Office of Foreign Missions (OFM) in charge of OFM's Custodial Properties Program at the end of the tenancy of William P. Tedards, Jr. and Yvonne Tedards at the property at 3410 Garfield Street, N.W., in the District of Columbia. The residence is one of the former Iranian diplomatic properties in the custody of the Department of State.

2. After the Tedards in their letter of August 31, 2004, informed OFM that they had abandoned the property, I personally entered the residence and determined what repairs were necessary to restore the property to a rentable condition.

3. The tenants left the house in a state of disrepair beyond normal wear and tear. The tenants had removed light fixtures, painted rooms without permission, and left significant damage to walls and ceilings throughout the property. Examples of wall and ceiling damage beyond normal wear and tear include patching over 500 holes, replacing light fixtures, and applying primer on some walls before they could be painted.

4. In determining what repairs the Tenants were responsible for under the Lease, I did not include such costs as painting the interior of the house which I determined to be normal wear and tear.

5.  Except for normal wear and tear costs, the total cost to the Department of State to restore the premises to a rentable condition was $11,527. A list detailing the cost of repairs from the contractor, and a letter to the Tedards outlining the charges, are attached and are true and correct copies of the same.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Executed on July 11, 2006            /s/ Lynne E Miller
                                         Lynne E. Miller