

Office of Foreign Missions
Washington, D.C. 20520

September 22, 2004

Mr. William P. Tedards, Jr.
Mrs. Yvonne Tedards
6470 Silversmith Place
Tucson, AZ 85750



7004 0550 0000 8194 6766

Re: June 18, 2002 Lease between William P. Tedards, Jr. and Yvonne Tedards and the Office of Foreign Missions, U.S. Department of State for the Premises located at 3410 Garfield Street N.W.

Dear Mr. and Mrs. Tedards:

Thank you for your letter of August 31, 2004, informing this office that you vacated 3410 Garfield Street N.W. on July 31st. This office received the front door key on September 1st via mail.

In response to your recitation of repairs made to the premises, please note, as my staff explained to you in detail in a telephone conversation on January 13 of this year, that you were required to promptly report in writing to the Office of Foreign Missions any defect, damage, malfunction or breakage. You as Tenants did not, as required under the Lease, provide prior notice of defects, damages incurred in 2003 and 2004. Although this office advised you in its February 5, 2003 letter that, due to the inaccessibility of funds, it would be unable to respond favorably to other than the most serious repair or maintenance request, we continue to make necessary repairs and replacements upon notification by our tenants using other available funds. Nevertheless, this office is prepared to negotiate a resolution of monies owed by you. To this end, please provide a complete list and copies of paid bills/invoices for items you would like this office to consider.

On September 9th my staff conducted a walk-through of the Premises and identified various repair items. The Lease provides that Tenant shall maintain and at the end of the tenancy return the Premises and all equipment fixtures therein in as good condition as when Tenant took possession, ordinary wear and tear excepted, failing which the Landlord may restore the Premises, equipment and fixtures to such condition and Tenant shall pay the cost thereof upon request. Your

security deposit will be held until estimates can be made for needed repairs. An accounting will be provided at a later date.

We look forward to receiving within 30 days the copies of invoices. If we do not hear from you within that time, we will assume you do not want us to consider the repairs you made to the Premises and will expect to receive $36,098.12 for past amounts due. (see attached).

Sincerely,

Richard C. Massey
Office Director, Property

RE: June 18, 2002 Lease between William P. Tedards, Jr. and Yvonne Tedards and the Office of Foreign Missions, U.S. Department of State for the premises located at 3410 Garfield Street N.W.

AMOUNTS DUE AS OF August 31, 2004:

November 5, 2002
Repair Deductible:    $ 305.00
Late Fee:                15.25

January 21, 2003
Repair Deductible       440.00
Late Fee:                22.00

January 2004
Rent:                 5,150.00
Late Fee:               257.50

February 2004
Rent:                 5,150.00
Late Fee:               257.50

April 2004
Rent Rec'd: DOES      3,423.33
Rent Due:   NOT       1,984.17
Late Fee:   ADD          99.20

May 2004
Rent:                 5,150.00
Late Fee:               257.50

June 2004
Rent:                 5,400.00
Late Fee:               270.00

<u>July 2004</u>
Rent:                5,400.00
Late Fee:              270.00

<u>August 2004</u>
Rent:                5,400.00
Late Fee:              270.00

**TOTAL:**        **$36,098.12**



United States Department of State

*Office of Foreign Missions*
*Washington, D.C. 20520*

September 22, 2004

Mr. William P. Tedards, Jr.
Mrs. Yvonne Tedards
6470 Silversmith Place
Tucson, AZ 85750

    Re: June 18, 2002 Lease between William P. Tedards, Jr. and Yvonne Tedards and the Office of Foreign Missions, U.S. Department of State for the Premises located at 3410 Garfield Street N.W.

Dear Mr. and Mrs. Tedards:

    Thank you for your letter of August 31, 2004, informing this office that you vacated 3410 Garfield Street N.W. on July 31st. This office received the front door key on September 1st via mail.

    In response to your recitation of repairs made to the premises, please note, as my staff explained to you in detail in a telephone conversation on January 13 of this year, that you were required to promptly report in writing to the Office of Foreign Missions any defect, damage, malfunction or breakage. You as Tenants did not, as required under the Lease, provide prior notice of defects, damages incurred in 2003 and 2004. Although this office advised you in its February 5, 2003 letter that, due to the inaccessibility of funds, it would be unable to respond favorably to other than the most serious repair or maintenance request, we continue to make necessary repairs and replacements upon notification by our tenants using other available funds. Nevertheless, this office is prepared to negotiate a resolution of monies owed by you. To this end, please provide a complete list and copies of paid bills/invoices for items you would like this office to consider.

    On September 9th my staff conducted a walk-through of the Premises and identified various repair items. The Lease provides that Tenant shall maintain and at the end of the tenancy return the Premises and all equipment fixtures therein in as good condition as when Tenant took possession, ordinary wear and tear excepted, failing which the Landlord may restore the Premises, equipment and fixtures to such condition and Tenant shall pay the cost thereof upon request. Your