

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 12, 2005

**_Confidential Settlement Communication_**

**By Facsmile and First-Class Mail**
Mr. William P. Tedards, Jr.
6470 Silversmith Place
Tucson, AZ 85750

    Re:    June 18, 2002 Lease between William P. Tedards, Jr. and Yvonne Tedards
           and the Office of Foreign Missions, U.S. Department of State,
           for the Premises located at 3410 Garfield Street, N.W.

Dear Mr. Tedards:

       In response to your letter of November 30, 2004, the Office of Foreign Missions (OFM) has reviewed the list of expenses you claim should be reimbursed by the Department of State as an offset against the rental amounts due through August 31, 2004.

       As you are aware, the lease OFM has with the tenants of its custodial properties clearly states that all repairs must have advance permission from the Landlord. According to the OFM staff, prior authorization was not given for any of the expenses outlined on your list. However, OFM works with its tenants around the country and recognizes that its February 2003 letter did cast uncertainty as to which repair or maintenance requests would be honored. Therefore, OFM has reviewed your claims for 2003 that were substantiated by a paid invoice and, in an effort to resolve this matter, is willing to give you a credit of $2,449.02. The details are in the attached document.

       Unfortunately, in addition to the $36,098.12 in rent due, you left the house without notice to OFM or a walkthrough with its representative. As a result, OFM informs us that the premises were left in a state of disrepair beyond the normal wear and tear in a tenancy. So far, as evidenced by the attached document, OFM has spent $11,572.84 of Department funds on the house on repairs resulting from tenant damage or neglect. OFM is entitled to reimbursement for these repairs.

       In short, OFM calculates that it is owed a total of $47,670.96 in connection with your lease of the property at 3410 Garfield Street. Subtracting the $2,449.02 credit discussed above, as well as your security deposit ($3,915.80 including interest), OFM presently is willing to release its claims against you in return for a payment of $41,306.14.

Page 2

      We request that you respond to this demand within two weeks. If you have any questions regarding the Department of State's position, please feel free to call me at (202) 514-7143.

                        Sincerely,

                        KENNETH L. WAINSTEIN
                        United States Attorney

                By: _____
                        BRIAN J. SONFIELD
                        Assistant U.S. Attorney
                        (202) 514-7143

Attachments

cc: Richard C. Massey
    Office Director, Property
    Office of Foreign Missions

RE: June 18, 2002 Lease between William P. Tedards, Jr. and Yvonne Tedards and the Office of Foreign Mission, U.S. Department of State for the premises located at 3410 Garfield Street, N.W.

**SUMMARY:**

| | |
|---|---|
| Rent Due | 36,098.12 |
| Security Deposit Plus Interest | -3,915.80 |
| Reimbursable | -2,449.02 |
| Damages | 11,572.84 |
| **TOTAL DUE BY TENANT** | **41,306.14** |

RE: June 18, 2002 Lease between William P. Tedards, Jr. and Yvonne Tedards and the Office of Foreign Mission, U.S. Department of State for the premises located at 3410 Garfield Street, N.W.

**RENT AMOUNTS DUE AS OF AUGUST 31, 2004:**

<u>November 5, 2002</u>
Repair Deductible:            305.00
Late Fee:                      15.25

<u>January 21, 2003</u>
Repair Deductible:            440.00
Late Fee:                      22.00

<u>January, 2004</u>
Rent:                       5,150.00
Late Fee:                     257.50

<u>February, 2004</u>
Rent:                       5,150.00
Late Fee:                     257.50

<u>April, 2004</u>
Rent Received:             {3,423.33}
Rent Due:                   1,984.17
Late Fee:                      99.20

<u>May, 2004</u>
Rent Due:                   5,150.00
Late Fee:                     257.50

<u>June, 2004</u>
Rent Due:                   5,400.00
Late Fee:                     270.00

<u>July, 2004</u>
Rent Due:                   5,400.00
Late Fee:                     270.00

<u>August, 2004</u>
Rent Due:                   5,400.00
Late Fee:                     270.00

**TOTAL**                  36,098.12

3415 GARFIELD STREET, N.W.

## DISPOSITION OF SECURITY DEPOSIT

| Security Deposit | 5/1/1996 | | 3,500.00 |
|---|---|---|---|
| 1st Year Interest | 1996/97 | 70.00 | |
| 2nd Year Interest | 1997/98 | 70.00 | |
| 3rd Year Interest | 1998/99 | 70.00 | |
| 4th Year Interest | 1999/2000 | 70.00 | |
| 5th Year Interest | 2000/01 | 70.00 | |
| 6th Year Interest | 2001/02 | 70.00 | |
| Minus 1% Admin Fee | | -4.20 | |
| Total Interest | | | 415.80 |
| **Total Security Deposit Plus Interest** | | | **3,915.80** |

## REIMBURSABLE REPAIRS/REPLACEMENTS

| A.1. | Dishwasher | 1,221.37 | |
| | 5 Year Warranty | -139.95 | |
| | Deductible | -200.00 | |
| A.2. | Cooktop | 1,758.75 | |
| | Deductible | -200.00 | |
| | Gas Valve | {$45.00} | Tenant requested gas hook up. |
| D.1. | CBS - Toilet Repair | 208.85 | |
| | Deductible | -200.00 | |
| **Total Reimbursable** | | | **2,449.02** |

## DEDUCTIONS

| Waxel List (attached) | 9,201.89 | |
|---|---|---|
| Waxel List (attached) | 1,170.95 | |
| 2 Toilets (on order) | 1,200.00 | |
| **Total Deductions** | | **-11,572.84** |

| **TOTAL AMOUNT DUE BY TENANT** | | **5,208.02** |



Woodbridge, VA. 22193
Cell: (703) 967-2837   Fax: (703) 583-5427

DATE: December 9, 2004

## Invoice #04-44

Office of Foreign Missions
Department of State
2201 C St NW
Room 2238
Washington, DC 2008-2708

Attn: Lynne Miller

In Ref To property located at:
3410 Garfield St.
Washington DC

| DESCRIPTION |
|---|
| In reference to above property: Funds are requested in the amount of $1,170.95 to cover costs of purchasing lighting fixtures and bulbs as described below.<br><br>Foyer – installed one Flush Mounted Ceiling Can Light and one Surface Mounted 13" Ceiling Light fixture<br>Front Sitting Room – Installed one Flush Mounted Ceiling Can Light<br>1st Floor Family Room – Installed one Track Light System with five halogen lights<br>1st Floor Bar – Install three halogen Ceiling Mounted Pendant Light fixtures<br>Kitchen – Installed two under cabinet 24" fluorescent light fixtures<br>Dining Room – Installed three Flush Mount Ceiling Can light fixtures<br>Back Stairwell – Installed one Wall Mount Sconce Light Fixture<br>Front Stairwell from Basement to First Floor – Installed one 9" Round Surface Mounted Ceiling Light Fixture<br>Front Stairwell from First to Second Floor – Installed one 9" Round Surface Mounted Ceiling Light Fixture<br>Basement Bath – Installed two halogen Ceiling Mounted Pendant Light fixtures<br>Basement Family Room – Installed one Surface Mounted 13" Round Ceiling Light fixture<br>Second Floor – Installed one Wall Mounted Light Fixture in four bathrooms<br>Second Floor – Installed one Ceiling Mounted Dome Fluorescent Light Fixture in two bedrooms<br>Second Floor – Installed on Ceiling Mounted Dome Incandescent Light Fixture in Sitting Room to Master Bedroom<br>Second to Third Floor Stairwell – Installed one Wall Mount Sconce Fixture |

**Total Due: $1,170.95**

Page 1 of 1

OK JW
12/13/04

Paid 12/16/04 # 6615



15580 Andover Heights Dr
Woodbridge, VA 22193
Cell: (703) 967-2837   Fax: (703) 583-5427

DATE: December 12, 2004

## Invoice #04-43

Office of Foreign Missions
Department of State
2201 C St NW
Room 2238
Washington, DC   2008-2708

Attn: Lynne Miller

In Ref To property located at:
3410 Garfield St.
Washington DC

### DESCRIPTION

In reference to estimate #04-19. The following funds are requested for completed tasking at the above referenced property.

See attached work for detail on task accomplishment.

Actual cost of repairs and priming - $5,568.29
Actual cost of electrical work - $3,633.60
Total Actual costs of all repairs - $9,201.89

**Total Due: $9,201.89**

OK JM
12/13/04

Paid 12/16/04 #6616

Page 1 of 1

**Waxel Construction Inc.**
15580 Andover Heights Dr.
Woodbridge, VA. 22193
Cell: (703) 967-2837   Fax: (703) 583-5427

3410 Garfield St
Washington, DC

| Task | Estimated Unit of measure | Quantity | Cost Ea | Total | Actual Unit of measure | Quantity | Cost Ea | Total |
|---|---|---|---|---|---|---|---|---|
| Patch 546 holes | Each | 546 | $ 2.55 | $ 1,392.30 | Each | 546 | $ 2.55 | $ 1,392.30 |
| Patch additional holes and joints | | | | | Each | 120 | $ 2.55 | $ 308.00 |
| Remove trash from front entrance | Each | 1 | $ 25.00 | $ 25.00 | Each | 1 | $ 25.00 | $ 25.00 |
| Repair faucet leak | Each | 1 | $ 45.70 | $ 45.70 | Each | 0 | $ 45.70 | $ - |
| Clean faucet areator | Each | 1 | $ 12.00 | $ 12.00 | Each | 0 | $ 12.00 | $ - |
| Purchase materials and replace ceiling tiles in kitchen | Each | 2 | $ 5.00 | $ 10.00 | Each | 2 | $ 10.01 | $ 20.02 |
| Purchase materials and repair baseboard water damage in master bedroom closet | SF | 10 | $ 7.20 | $ 72.00 | SF | 10 | $ 7.20 | $ 72.00 |
| Purchase materials and repair baseboard water damage in bedroom closet | | | | | SF | 10 | $ 7.20 | $ 72.00 |
| Prime pale green room | SF | 400 | $ 0.44 | $ 176.00 | SF | 400 | $ 0.44 | $ 176.00 |
| Prime lavender room | SF | 400 | $ 0.44 | $ 176.00 | SF | 700 | $ 0.44 | $ 308.00 |
| Prime Kitchen | | | | | SF | 400 | $ 0.44 | $ 176.00 |
| Purchase and install towel bar | Each | 1 | $ 51.00 | $ 51.00 | Each | 4 | $ 51.00 | $ 204.00 |
| Purchase and install toilet paper holder | Each | 1 | $ 48.00 | $ 48.00 | Each | 4 | $ 48.00 | $ 192.00 |
| Remove stars/circles from walls | Each | 22 | $ 2.55 | $ 56.10 | Each | 22 | $ 2.55 | $ 56.10 |
| Remove pencil scribbling | Each | 1 | $ 5.00 | $ 5.00 | Each | 1 | $ 5.00 | $ 5.00 |
| Install toilet seat & cover | Each | 1 | $ 70.00 | $ 70.00 | Each | 0 | $ 70.00 | $ - |
| Purchase and replace closet rod in third floor closet | Each | 1 | $ 48.00 | $ 48.00 | Each | 1 | $ 48.00 | $ 48.00 |
| Purchase and replace floor vent | Each | 1 | $ 15.64 | $ 15.64 | Each | 1 | $ 15.64 | $ 15.64 |
| Adjust Closet door | Each | 1 | $ 30.20 | $ 30.20 | Each | 1 | $ 30.20 | $ 30.20 |
| Remove man fugure | Each | 1 | $ 12.44 | $ 12.44 | Each | 1 | $ 12.44 | $ 12.44 |
| Remove 12 black stickers | Each | 12 | $ 2.55 | $ 30.60 | Each | 12 | $ 2.55 | $ 30.60 |
| Remove 2 girl figures on door | Each | 2 | $ 12.44 | $ 24.88 | Each | 2 | $ 12.44 | $ 24.88 |
| Purchase and install new closet door between MBR and sitting room. | Each | 1 | $ 175.00 | $ 175.00 | Each | 1 | $ 175.00 | $ 175.00 |
| Install existing door located in basement utility room, modify and install in room on third floor. | Each | 2 | $ 175.00 | $ 350.00 | Each | 1 | $ 175.00 | $ 175.00 |
| Adjust side window | Each | 1 | $ 20.10 | $ 20.10 | Each | 0 | $ 20.10 | $ - |

3410 Garfield St
Washington, DC

| Description | Unit | Qty | Rate | Amount | Unit | Qty | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| Purchase materials and repair baseboard water damage in living/dining area | SF | 15 | $ 7.20 | $ 108.00 | SF | 15 | $ 7.20 | $ 108.00 |
| Remove curtaion rod | Each | 1 | $ 7.13 | $ 7.13 | Each | 1 | $ 7.13 | $ 7.13 |
| Install closet rod | Each | 1 | $ 48.00 | $ 48.00 | Each | 1 | $ 48.00 | $ 48.00 |
| Remove 2 black shelves | Each | 2 | $ 7.13 | $ 14.26 | Each | 0 | $ 7.13 | $ - |
| Install toilet paper holder from the ones removed on second floor and install on first floor bathroom. | Each | 1 | $ 48.00 | $ 48.00 | Each | 1 | $ 48.00 | $ 48.00 |
| Re-caulk sink in bathroom on thrid floor | Each | 1 | $ 55.00 | $ 55.00 | Each | 1 | $ 55.00 | $ 55.00 |
| Install new shelves and closet rod in room on third floor | Each | 1 | $ 112.00 | $ 112.00 | Each | 1 | $ 112.00 | $ 112.00 |
| Prime Family room | SF | 600 | $ 0.44 | $ 264.00 | SF | 722 | $ 0.44 | $ 317.68 |
| Remove discs on ceiling | Each | 8 | $ 2.55 | $ 20.40 | Each | 8 | $ 2.55 | $ 20.40 |
| Prime bathroom | SF | 100 | $ 0.44 | $ 44.00 | SF | 100 | $ 0.44 | $ 44.00 |
| Re-caulk shower stall in third floor bathroom | Each | 1 | $ 75.00 | $ 75.00 | Each | 1 | $ 75.00 | $ 75.00 |
| Clean shower tracks in first floor bathroom | Each | 1 | $ 22.00 | $ 22.00 | Each | 1 | $ 22.00 | $ 22.00 |
| Install towel bar in basement bathroom | | | | | Each | 1 | $ - | $ - |
| Replace toilet tank cover | Each | 1 | $ 44.00 | $ 44.00 | Each | 0 | $ 44.00 | $ - |
| Prime Hallway | SF | 275 | $ 0.44 | $ 121.00 | SF | 275 | $ 0.44 | $ 121.00 |
| Prime stairway | SF | 275 | $ 0.44 | $ 121.00 | SF | 0 | $ 0.44 | $ - |
| Clean out garage | Each | 1 | $ 75.00 | $ 75.00 | Each | 1 | $ 75.00 | $ 75.00 |
| Patch large area in ceiling | SF | 10 | $ 5.35 | $ 53.50 | SF | 10 | $ 5.35 | $ 53.50 |
| Dispose of HAZMAT in garage | Each | 1 | $ 225.00 | $ 225.00 | Each | 1 | $ 225.00 | $ 225.00 |
| Install house numbers | Each | 2 | $ 75.00 | $ 150.00 | Each | 2 | $ 75.00 | $ 150.00 |
| Clean attic | Each | 1 | $ 125.00 | $ 125.00 | Each | 1 | $ 125.00 | $ 125.00 |
| Repair areas where wiremold was adhered to walls on third floor | | | | | SF | 32 | $ 7.20 | $ 230.40 |
| Replace screening on up to 5 windows | Each | 5 | $ 43.00 | $ 215.00 | Each | 5 | $ 43.00 | $ 215.00 |
| Replace up to 5 double pane window glass (on order, to be scheduled for completion) | Each | 5 | $ 251.00 | $ 1,255.00 | Each | 0 | $ 251.00 | $ - |
| | | corrected | amount | $ 6,048.25 | | | | $ 5,568.29 |
| **Electrical** | | | | | | | | |
| Install 18 new light fixtures | Each | 18 | $ 48.00 | $ 864.00 | Each | 26 | $ 48.00 | $ 1,248.00 |
| Remove MBR Bath light fixtures and repair drywall | | | | | Each | 2 | $ 75.00 | $ 150.00 |
| Remove Hall Bath light fixture and repair drywall | | | | | Each | 1 | $ 50.00 | $ 50.00 |
| Remove undercabinet lighting in kitchen | | | | | Each | 2 | $ 25.00 | $ 50.00 |
| Purchase and replace dimmer switch with regular switch | | | | | Each | 1 | $ 30.00 | $ 30.00 |
| Drywall repairs to ceiling where original light boxes were converted to recessed lights | | | | | Each | 5 | $ 42.52 | $ 212.60 |

3410 Garfield St
Washington, DC

| Description | Unit | Qty | Rate | Amount | Unit | Qty | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| Purchased and replaced dimmer switch in dining room | | | | | Each | 1 | $ 50.00 | $ 50.00 |
| Labor charge for purchasing light fixtures | | | | | HR | 4 | $ 42.00 | $ 168.00 |
| Repaired drywall under stairs and installed cover plate for electrical box in basement | | | | | Each | 1 | $ 50.00 | $ 50.00 |
| Repaired, purchased and replaced motor to exhaust fan in basement bath | | | | | Each | 1 | $ 225.00 | $ 225.00 |
| Purchased and replaced broken receptacle on 3rd Floor | | | | | Each | 1 | $ 50.00 | $ 50.00 |
| Purchased materials, repaired and/or relamped 15 recessed light fixtures | Each | 15 | $ 42.00 | $ 630.00 | Each | 15 | $ 42.00 | $ 630.00 |
| Purchased and installed front door Aiphone intercom control | Each | 1 | $ 120.00 | $ 120.00 | Each | 1 | $ 120.00 | $ 120.00 |
| Purchased materials and repaired door bell system | Each | 1 | $ 120.00 | $ 120.00 | Each | 1 | $ 120.00 | $ 120.00 |
| Demo computer cabling and wiremold on 2nd floor | Each | 1 | $ 90.00 | $ 90.00 | Each | 1 | $ 90.00 | $ 90.00 |
| Demo computer cabling and wiremold on 3rd floor | Each | 1 | $ 90.00 | $ 90.00 | Each | 1 | $ 90.00 | $ 90.00 |
| Demo duplex receptacle and wire mold on 3rd floor | Each | 1 | $ 120.00 | $ 120.00 | Each | 1 | $ 120.00 | $ 120.00 |
| Troubleshoot garbage disposal in kitchen - checked voltage and proper wiring to motor and switch | Each | 1 | $ 30.00 | $ 30.00 | Each | 1 | $ 30.00 | $ 30.00 |
| Troubleshoot 4 light fixtures in garage - checked ballasts and discovered tubes were improper wattage, replaced tubes with proper wattage tubes | Each | 4 | $ 37.50 | $ 150.00 | Each | 4 | $ 37.50 | $ 150.00 |
| | | | | $ 2,214.00 | | | | $ 3,633.60 |