UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>　　　　Plaintiff,　　　　　　　　)<br>)<br>　　v.　　　　　　　　　　　　　　　)<br>)<br>WILLIAM P. TEDARDS, JR.　　　　)<br>YVONNE TEDARDS,　　　　　　　)<br>)<br>　　　　Defendants.　　　　　　　　)<br>_____ ) | Civil Action No. 05-0991 (JGP) |

## O R D E R

**UPON CONSIDERATION** of Plaintiff's Motion for Summary Judgment, Defendants opposition thereto, and the entire record herein, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment is **GRANTED**; and it is further

**ORDERED** that **JUDGMENT** is hereby entered in favor of Plaintiff in the amount of $43,764.16.

**SO ORDERED**.


Dated: _____, 2006.　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE