UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action No.: |
| WILLIAM P. TEDARDS, JR., and | ) | 1:05-CV-00991-JGP |
| YVONNE TEDARDS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |


**ORDER**

**UPON CONSIDERATION** of the defendants' motion for leave to file their

opposition to plaintiff's motion for summary judgment on August 15, 2006, it is

hereby

**ORDERED** that the defendants' motion is **GRANTED.**

SO, **ORDERED.**



Dated:_____, 2006        _____

                                        UNITED STATES DISTRICT JUDGE