UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No.: |
| | ) | 1:05-CV-00991-JGP |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| WILLIAM P. TEDARDS, JR., and | ) | |
| YVONNE TEDARDS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | **Jury Trial Demanded** |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT**

Defendants, William and Yvonne Tedards, respectfully oppose the plaintiff OFM's motion for summary judgment on the following grounds:

(a) the value of their affirmative defenses (prior material breach, offset, unjust enrichment) and their counterclaim for breach of contract and unjust enrichment exceeds the amount in dispute with respect to alleged non-payment of rent and fees (approximately $22,000.00); and

(b) the OFM, itself, caused and is responsible for the post-tenancy repairs it chose to make (approximately $7,000) after using the security deposit for the normal transitional costs.

As record evidence in support of this opposition, the Court is respectfully referred to the exhibits filed by the OFM in support of its motion and the five additional exhibits accompanying this opposition, which consist of:

EXHIBIT 1 - August 14, 2006, Declaration of William Tedards and its attached

    Exhibit 1 (February 9, 2005 Tedards letter to DOJ Sonfield);

EXHIBIT 2 - April 25, 2006, Declaration of William Tedards and its attached

| | |
|---|---|
| Exhibit 1 - | [duplicates OFM Exhibit 14], |
| Exhibit 2 - | October 7, 2002 Tedards memoradum to OFM Miller, |
| Exhibit 3 - | January 8, 2003 Tedards memorandum to OFM Miller, October 7, 2002, revised Tedards memorandum to OFM Miller |
| Exhibit 4 - | January 9, 2004 Tedards memorandum to OFM Miller, w/o attachment, |
| Exhibit 5 - | January 14, 2004 Tedards letter to OFM Miller , January 14, 2004 2003 Tedards repair/replacement costs, |
| Exhibit 6 - | November 30, 2004 Tedards letter to DOJ Sonfield November 30, 2004 2003 Tedards repair/replacement costs, rev'd and |
| Exhibit 7 - | August 31, 2004 Tedards letter to OFM Massey |

EXHIBIT 3A - a compilation of 51 photographs of the premises in question.

EXHIBIT 3B - a compilation of 103 photographs of the premises in question; and

EXHIBIT 4 - February 3, 2003, letter from the OFM to Tedards.

DATED: August 14, 2006                          Respectfully submitted,

WILLIAM P. TEDARDS, JR.
YVONNE TEDARDS

_____/s/_____
William P. Tedards, Jr. (#143636)
6470 N. Silversmith Place
Tucson, AZ 85750
TEL: 202 797-9135

*Appearing Pro Se*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2006, a true copy of the foregoing **DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** was served by E-mail, on counsel of record as follows:

Paul A. Mussenden
U.S. Attorney's Office
Civil Division
555 4th Street, NW
Washington, D.C. 20530
TEL: 202 514-7143
FAX: 202 514-8780
E-mail: Paul.Mussenden@usdoj.gov

/s/
William P. Tedards, Jr.