UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No.: |
|  | ) | 1:05-CV-0991-JGP |
| Plaintiff, | ) |  |
| v. | ) |  |
|  | ) |  |
| WILLIAM P. TEDARDS, JR. and | ) |  |
| YVONNE TEDARDS, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
| _____ | ) | **Jury Trial Demanded** |

## DECLARATION OF WILLIAM P. TEDARDS, JR.

William P. Tedards, Jr. declares as follows:

1. My name is William P. Tedards, Jr. I am a party in this lawsuit. I am making this declaration in support of the defendants' opposition to the OFM's motion for summary judgment.

2. This building was large and expensive to maintain. The OFM has informed me in writing that the cost of its repair obligations during the first several years of our tenancy was approximately $125,000. The repair obligations in the lease were major material obligations.

3.      Attached as Exhibit 1 to this declaration is a letter I sent to counsel for the OFM on February 9, 2005. All of the statements in that letter are true and correct to the best of my knowledge.

4.      Opposition Exhibit 2 is a declaration I executed on April 25, 2006. Exhibits 1-7 to that declaration are various communications sent by the tenants to OFM during the course of this matter. All of the statements in those communications are true and correct to the best of my knowledge.

Under penalty of perjury, I declare the information herein to be true and correct to the best of my knowledge, information, and belief.

DATED: August 14, 2006

/s/ _____
William P. Tedards, Jr.

## CERTIFICATE OF SERVICE

    I hereby certify that on August 14, 2006 a true copy of the foregoing **DECLARATION OF WILLIAM P. TEDARDS, JR.** was served by email on counsel of record as follows:

> Paul Mussenden
> U.S. Attorney's Office
> Civil Division
> 555 4th Street, N.W.
> Washington, D.C. 20530
> TEL: 202 514-7143
> FAX: 202 514-8780
> E-mail: Paul.Mussenden@usdoj.gov

        /s/
        William P. Tedards, Jr.

# EXHIBIT 1

5

Letter dated February 9, 2005

TO: Kenneth L. Wainstein, ATTN: Brian J. Sonfield

FROM: William P. Tedards, Jr.

Attached in PDF format