



















14





































































