UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )  | Civil Action No.: |
|                                           )  | 1:05-CV-00991-JGP |
|                      Plaintiff,           )  | |
| v.                                        )  | |
|                                           )  | |
| WILLIAM P. TEDARDS, JR., and              )  | |
| YVONNE TEDARDS,                           )  | |
|                                           )  | |
|                      Defendants.          )  | |
| _____    )  | **Jury Trial Demanded** |

### DEFENDANTS' MOTION FOR LEAVE TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ONE DAY LATER

Defendants, William and Yvonne Tedards, move for leave to file the attached opposition papers in response to plaintiff's motion for summary judgment one day later than the 30-day response period that was originally prescribed.

The ground for this motion is that the electronic filing system interrupted and then blocked transmission of these opposition papers on the date they were due, August 14, 2006, signaling "internal error." The papers were served on plaintiff's counsel by e-mail on that date and consist of the following:.

DEFENDANTS' MOTION FOR
LEAVE TO FILE OPPOSITION TO PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT ONE DAY LATER
Case No. 05-CV-00991-JGP

1

a. Defendants' Opposition to Plaintiff's Motion for Summary Judgment;

b. Defendants' Statement of Material Facts, Some of Which are Undisputed and Some of Which Present a Genuine Issue to be Determined by the Trier of Fact;

c. Memorandum of Points and Authorities in Opposition to Motion for Summary Judgment;

d. Exhibit 1 - 08/14/06 Declaration of William P. Tedards, Jr.;

e. Exhibit 2 - 04/25/06 Declaration of William P. Tedards, Jr.;

f. Exhibit 3a - pictures #1-51 3410 Garfield Street;
g. Exhibit 3b - pictures #1-103 3410 Garfield Street;

h. Exhibit 4 - 02/05/03 letter from OFM to Tedards;

i. 01/08/03 Tedards memorandum to Miller, with
j. 01/08/03, revised 10/07/02 repair list to Miller (Exh. 3 to 04/25/06 Decl. of William Tedards];

k. 01/09/04 Tedards MM to Miller re preliminary list of 2003 expenses [Exh. 4 to 0425/06 Decl. of William Tedards;

l. 01/14/04 Tedards letter to Miller re 2003 expenses, with
m. 01/14/04 2003 Tedards repair-replacement costs
[Exh. 5 to 04/25/06 Decl. of William Tedards]

n. 08/31/04 Tedards letter to Massey;

2

DEFENDANTS' MOTION FOR
LEAVE TO FILE OPPOSITION TO PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT ONE DAY LATER
Case No. 05-CV-00991-JGP

    o.    10/07/02 Tedards memorandum to Miller [Exh 2 to 04/25/06 Decl. of William Tedards];

    p.    11/30/04 Tedards letter to DOJ Wainstein, with

    q.    11/30/04 Tedards 2003 repair-replacement costs, revised; (Exh. 6 to 04/25/06 Decl. of William Tedards)

    r.    02/09/05 Tedards letter to DOJ Wainstein (Exh. 1 to 08/14/06 Decl. of William Tedards).

The attached Declaration of William Tedards, appearing *pro se*, describes the circumstances in more detail.  On the basis of the facts set forth there, defendants respectfully request that the Court grant this motion for leave to file the opposition papers on August 15, 2006.

A proposed form of order is attached.

DATED: August 15, 2006                    Respectfully submitted,

                                                        WILLIAM P. TEDARDS, JR.
                                                        YVONNE TEDARDS

                                                              /s/
                                                        William P. Tedards, Jr. (#143636)
                                                        6470 N. Silversmith Place
                                                        Tucson, AZ 85750
                                                        TEL:  202 797-9135

                                                        *Appearing Pro Se*

3

DEFENDANTS' MOTION FOR
LEAVE TO FILE OPPOSITION TO PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT ONE DAY LATER
Case No. 05-CV-00991-JGP

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2006, a true copy of the foregoing **DEFENDANTS' MOTION FOR LEAVE TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ONE DAY LATER** and proposed **ORDER** was served by E-mail, on counsel of record as follows:

> Paul A. Mussenden
> U.S. Attorney's Office
> Civil Division
> 555 4th Street, NW
> Washington, D.C. 20530
> TEL:  202 514-7143
> FAX: 202 514-8780
> E-mail: Paul.Mussenden@usdoj.gov

                                                                                          /s/
                                                                            William P. Tedards, Jr.

DEFENDANTS' MOTION FOR
LEAVE TO FILE OPPOSITION TO PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT ONE DAY LATER
Case No. 05-CV-00991-JGP

4