BALCONY
STANDING WATER

CD-RW
3410 garfield St
USPC DC
No. 05-0991

CD GIVEN TO
MR. HUSSENDEN
AT
DEPOSITION OF
YVONNE TEDARDS
MAR 29, 2006











COOKTOP EXPLOSION I

COOKTOP EXPLOSION II







EXTERIOR BACK

EXTERIOR LIGHTS / REPOINTING

FENCE



10 29 02

GARAGE



GARAGE LEAK I

KITCHEN AN



LIGHTS GENERAL I

LIGHTS GENERA



PAINTING





PLAYROOM 12ct, ANTS, CLOSET 7

PLAYROOM, ANTS, CLOSET









MBR WATER DAMAGE 7

MBE WATER DAMAGE



WINDOW LEAK


