United States Department of State

Office of Foreign Missions
Washington, D.C. 20520

February 5, 2003

Mr. & Mrs. William Tedards
3410 Garfield Street, N.W.
Washington, D.C. 20008

Dear Mr. And Mrs. Tedards:

With the recent passage of the federal Terrorism Risk Insurance Act (TRIA), claimants with judgments against Iran have moved to attach the diplomatic and consular properties under the custody of the Office of Foreign Missions. In addition, claimants have attached the accounts used by OFM from which maintenance and repair expenses have been paid. As a result we do not currently have access to those funds.

The U.S. Justice Department is reviewing the many legal issues involved, and will likely be filing something with the various courts to have the attachments quashed. However, we anticipate that it will be some time before final judicial decisions are rendered in the various cases regarding the disposition of the properties or the accounts. Therefore, for the immediate future, OFM is in the unfortunate position of being unable to respond favorably to other than the most serious repair or maintenance requests.

I understand this situation is a hardship for our tenants and, as a consequence, have instructed my staff to negotiate an early termination of the leases of those tenants who no longer wish to continue to occupy the properties.

I regret these developments but you need to be aware of the current situation surrounding the property you have leased.

Sincerely,

Lynwood M. Dent, Jr.
Deputy Assistant Secretary