3410 Garfield Street, N.W. ◆ Washington, D.C. 20007

TEL: 202.338.2225 ◆ FAX: 202.338.2226

VIA FAX

TO:       U.S. Department of State Office of Foreign Missions
          ATTN: Lynn Miller

FROM:     Bill Tedards

DATE:     January 8, 2003

RE:       **3410 GARFIELD STREET, N.W. - REPAIR LIST**

It has been three months since we submitted the attached repair list below. We had several visits by the repairman, but there remain many items not yet done (in **bold** typeface). Some were started and left unfinished and others not started at all. Completed items are crossed off as are items that we agreed would not get done. Regrettably, several toilets are once again malfunctioning (one on the third floor office, three on the second floor and one of them causing a major flood to the main level...), etc.

Pursuant to our lease we plan to contract to have the repairs done and deduct it from our rent if they cannot get resolved satisfactorily this week. Would you please provide us with a timetable for completion of the remaining items highlighted in bold.

Also since submitting the repair list on October 7, the following new items need to be added:

**ADDITIONAL ITEMS AS OF JANUARY 8, 2003:**
1.   MAIN:  front door interior door knob escutcheon won't stay in place
2.   2nd FLOOR & 3rd FLOOR:  4 toilets do not work again: master bathroom, kids bathroom, guest bathroom on second floor; toilet in office on third floor
3.   further deterioration on kitchen sink backsplash
4.   2nd FLOOR: CBS says several relays on the second floor heat pump unit is not functioning and needs to be repaired to avoid damage to unit and to keep it

Ms. Lynne Miller
January 8, 2003
Page 2

3410 Garfield Street, N.W. ◆ Washington, D.C. 20007

TEL: 202.338.2225 ◆ FAX: 202.338.2226

    from running constantly (see work order attached - also Amy from CBS has contacted you directly)

5. LOWER LEVEL: CBS says several relays on the lower level units are also not functioning and need to be repaired to avoid damage to unit and to keep it from running constantly (see work order attached - also Amy from CBS has contacted you directly)
6. MAIN: front doorbell doesn't work and needs to be repaired or replaced
7. MAIN: kitchen pantry doors not level
8. GARAGE: 1 or 2 fluorescent fixture ballasts bad (1 or 2)

We would like to resolve these items quickly. Please contact me at the office. Thank you.

                                      Bill

WPT/8231
Attachment

Ms. Lynne Miller
January 8, 2003
Page 3

3410 Garfield Street, N.W. ◆ Washington, D.C. 20007

Tel: 202.338.2225 ◆ Fax: 202.338.2226