January 14, 2004

**3410 GARFIELD STREET, N.W.**
**REPAIR/REPLACEMENT COSTS INCURRED BY TEDARDS**
**During Calendar Year 2003**

| PAYMENT DATE | AMOUNT | PAYEE | DESCRIPTION |
|---|---|---|---|

**APPLIANCE REPLACEMENT (no deductible)**

1.  07/10/03    $1,221.37    Bray & Scarff    DAMAGE: dishwasher motor malfunctioned; part broke; called Bray & Scarff for service and tech said there was nothing he could do and said only solution was to replace it

    ACTION: replaced with like model; cost includes dishwasher, delivery, installation, removal of old unit, and additional 5-yr warranty as this is the 3rd dishwasher during lease; stainless model over white front for longevity as white fronts did not wear well

2.  12/30/03    $1,771.32    Bray & Scarff    DAMAGE: existing GE glass cooktop exploded during dinner on 12/27/03; no one injured
    01/07/04    45.00        Bray & Scarff

    ACTION: researched gas cooktops; received negative recommendation on glass tops because of explosion potential; stainless steel selected over enamel cast iron as it will not chip and will last longer; researched various grate systems for minimizing damage to stainless top when moving pans; selected 6-burner for maximum rental potential.  Cost includes cooktop, delivery, installation, and removal of old unit; additional $45 charge for replacement of gas valve because original was installed with a permanent glue and could not be detached; existing installation made with non-permanent glue for easy removal

**STRUCTURAL REPAIRS (no deductible)**

1.     HURRICANE DAMAGE
   09/26/03    $94.12    Overhead Door    DAMAGE: garage door coil broke and disengaged during manual use during hurricane power outage; could not open garage door

   ACTION: repaired

2. 09/26/03    $145.00    CBS    DAMAGE: water line broke, flooded kitchen during hurricane power outage

   ACTION: repaired when power restored

3. Summer 03    no cost determined yet    DAMAGE: new portion of fence falling apart

   ACTION: neighbor replacing fence; agreed with neighbor to joint installation with better quality fencing; approved design; property line survey; built fence; split cost

4. ELECTRICAL
   | Date | Cost | Contractor |
   |---|---|---|
   | 04/22/03 | $45.37 | Maurice Electric |
   | 04/23/03 | 272.53 | Reed Electric |
   | 06/06/03 | 1646.95 | Crescent Electric |
   | 06/24/03 | 262.27 | Reed Electric |
   | 08/07/03 | 1288.73 | Crescent Electric |
   | 09/16/03 | 368.72 | Crescent Electric |
   | unpaid | 1000.00 | Crescent Electric |

   DAMAGE: 4th floor ceiling light fixture defective; various new fluorescent light bulbs did not work; various outlets did not work
   DAMAGE: outdoor balcony lights stopped working and could not be fixed; 5 outdoor fixtures were fire hazards; one sparked with exposure to elements; electrician called to assess each one
   DAMAGE: attic fans were not working; electrician called to assess problem
   DAMAGE: 2 garage light fixtures did not work even after bulb change
   DAMAGE: outdoor spot lights near fence not working; suspect person(s) walking at night looking through ground floor windows
   DAMAGE: light fixture at base of kitchen staircase broke and could not be fixed

ACTION: called electrician to assess problems, tackle fire hazards; replaced outdoor balcony fixture (ordered most replacement fixtures through supplier); located matching fixtures to existing for 4th floor; replaced ballasts in garage; replaced outdoor fixtures (this was basically one job); attic fans had to be replaced

**WATER LEAKS (no deductible)**

1.  06/12/03     $250.00     Carlos Carico     DAMAGE: moisture on north wall in playroom
    06/20/03     100.00      Carlos Carico     DAMAGE: major leak in garage; ceiling falling down
    06/30/03     293.99      Strosniders       DAMAGE: balcony water leak into master bedroom closet; damage to 7
    07/03/03     300.00      Nicholas Herrera  pairs of boots; carpet wet and mildewed
                                               DAMAGE: front and side doors damaged by water, veneer fronts of both doors breaking and chipping

    ACTION: called Carlos Carico (previously engaged by USDOSOFM) to address MBR and garage leaks (garage leak came from 2nd floor balcony) and make repairs to stop leaks and repair front doors with sealant; carpet cleaned, dehumidifier installed in master bedroom (dehumidifier must run constantly when it rains or humidity is high to prevent mildew)

**OTHER REPAIRS ($200 deductible)**

1.  02/18/03     $208.85     CBS               DAMAGE: toilets malfunctioning
                                               ACTION: repaired

2.  04/10/03     $319.38     CBS               DAMAGE: 2nd floor heat pump quit working
                                               ACTION: repaired

3.  06/26/03     $58.16      Brass Knob        DAMAGE: towel bar was bent and kept falling off; TP roll kept falling off
    06/27/03     140.98      Strosniders       DAMAGE: shelf and garment rod in playroom storage closet collapsed
    07/02/03     300.00      Ivan Garcia       shelf did not have support in center and when it broke, took down the rod;

| | | | | |
|---|---|---|---|---|
| 07/11/03 | 300.00 | Ivan Garcia | | closet door knob missing; rat holes remained uncovered; several outlets defective; ceiling in 1st floor front room water damage |
| 07/11/03 | 139.29 | Ivan Garcia | | |
| 07/17/03 | 160.00 | Ivan Garcia | | |

ACTION: made repairs to closet (new shelf, new rod); sealed rat holes and repaired water/mildew damage; replaced a couple of defective outlets; ceiling damage repaired

**PEST CONTROL (no deductible)**

| | | | | |
|---|---|---|---|---|
| 1. | 03/12/03 | 75.00 | Action Environmental | DAMAGE: pests that enter through structural defects (i.e., cracks in window seals and openings in door jams) |
| 2. | 05/12/03 | 75.00 | Action Environmental | |
| 3. | 06/12/03 | 75.00 | Action Environmental | |
| 4. | 07/07/03 | 75.00 | Action Environmental | ACTION: continued monthly service with Action Environmental [USDOSOFM has provided the monthly service during the entire period of our lease] |
| 5. | 08/05/03 | 150.00 | Action Environmental | |
| 6. | 01/07/04 | 375.00 | Action Environmental | |