6470 N. Silversmith Place ◆ Tucson, AZ 85750

TEL: 520.577.9877 ◆ FAX: 520.577.9878

November 30, 2004

VIA FAX and U.S. MAIL

Kenneth L. Wainstein
United States Attorney
U.S. Department of Justice
ATTN: Brian J. Sonfield
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

    Re: 3410 Garfield Street, N.W.

Dear Mr. Wainstein:

Enclosed is a comprehensive list of unreimbursed expenses we have incurred in connection with the property, organized under appropriate categories. Where we have the receipts in hand, we have attached same. You will see that our receipts consist of cancelled checks in some instances. Copies of those are also available, if you need them.

In resolution of the account, we propose to pay the difference between the base rent plus late fees through August 31, 2004 (the date we notified the State Department that we had vacated on July 31, 2004) and the total of our unreimbursed expenses (you will note that we are still obtaining some of the figures, but we did not want to delay this any longer) plus any portion of our security deposit which remains after transitional repairs are made (including the interest payment which the State Department promised us in 2002).

Kenneth L. Wainstein
United States Attorney
U.S. Department of Justice
ATTN: Brian J. Sonfield
November 30, 2004
Page 2


Thank you for your patience while we were assembling all of this information.

                Sincerely,


                William P. Tedards, Jr.


WPT/8231
Enclosures