November 30, 2004

# 3410 GARFIELD STREET, N.W.
# REPAIR/REPLACEMENT COSTS INCURRED BY TEDARDS

| | PAYMENT DATE | AMOUNT[1] | PAYEE | DESCRIPTION |
|---|---|---|---|---|

**A.   APPLIANCE REPLACEMENT (no deductible)**

| | | | | |
|---|---|---|---|---|
| 1. | 07/10/03 | ●$1,221.37 | Bray & Scarff | DAMAGE: dishwasher motor malfunctioned; part broke; scheduled Bray & Scarff for service and tech said there was nothing he could do and said only solution was to replace it. ACTION: replaced with like model; cost includes dishwasher, delivery, installation, removal of old unit, and additional 5-yr warranty as this is the 3rd dishwasher during lease; stainless model over white front for longevity as white fronts did not wear well |
| 2. | 12/30/03  01/07/04 | ●$1,758.75  ●   45.00 | Bray & Scarff  Bray & Scarff | DAMAGE: existing GE glass cooktop exploded during dinner on 12/27/03; no one injured. ACTION: researched gas cooktops; received negative recommendation on glass tops because of explosion potential; stainless steel selected over enamel cast iron as it will not chip and will last longer; researched various grate systems for minimizing damage to stainless top when moving pans; selected 6-burner for maximum rental potential.  Cost includes cooktop, delivery, installation, and removal of old unit; additional $45 charge for |

---

[1]Amounts indicated with an "●" have a receipt attached; amounts indicated with an "○" were paid by personal check and there is no invoice for the work performed as the contractor performing the service was familiar to the Tedards and invoices were not requested, however a copy of the check in payment thereof is available upon request; invoices cannot be located for amounts indicated with an "‡" but a copy of the check in payment thereof is available upon request.  For items indicated with a "■," we are still locating the cost figures.

November 30, 2004

replacement of gas valve because original was installed with a permanent glue and could not be detached; existing installation made with non-permanent glue for easy removal

November 30, 2004

## B.   STRUCTURAL REPAIRS (no deductible)

1. HURRICANE DAMAGE

| | | | | |
|---|---|---|---|---|
| | 09/26/03 | ●$94.12 | Overhead Door | DAMAGE: garage door coil broke and disengaged during manual use during hurricane power outage; could not open garage door<br>ACTION: repaired |
| 2. | 09/26/03 | ●$145.00 | CBS | DAMAGE: water line broke, flooded kitchen during hurricane power outage<br>ACTION: repaired when power restored |
| 3a. | 08/03 | ●$1,000.00 | Mike Cantor [Cedar Fences] | DAMAGE: new portion of fence falling apart<br>ACTION: neighbor replacing fence; agreed with neighbor to joint installation with better quality fencing; approved design; property line survey; built fence; split cost |
| 3b. | 08/03 | ●$ 167.50 | Mike Cantor [Kephart & Co] | |

4. ELECTRICAL

| | | | | |
|---|---|---|---|---|
| 4a. | 04/22/03 | ●$ 45.37 | Maurice Electric | DAMAGE: 4th floor ceiling light fixture defective; various new fluorescent light bulbs did not work; various outlets did not work |
| 4b. | 04/23/03 | ●$ 272.53 | Reed Electric | DAMAGE: outdoor balcony lights stopped working and could not be fixed; 5 outdoor fixtures were fire hazards; one sparked with exposure to elements; electrician called to assess each one |
| 4c. | 06/06/03 | ●$1,646.95 | Crescent Electric | |
| 4d. | 04/17/03 | ●$ 341.27 | Reed Electric | |
| 4e. | 08/07/03 | ●$1,288.73 | Crescent Electric | |
| 4f. | 09/16/03 | ●$1,368.72 | Crescent Electric | DAMAGE: attic fans were not working; electrician called to assess problem<br>DAMAGE: 2 garage fluorescent light fixtures did not work even after bulb change<br>DAMAGE: outdoor spot lights near fence not working; suspect person(s) walking at night looking through ground floor windows<br>DAMAGE: light fixture at base of kitchen staircase broke and could not be fixed<br>ACTION: called electrician to assess problems, tackle fire hazards; replaced outdoor balcony fixture (ordered most replacement |

November 30, 2004

|     |          |              |              |                                                                                                                                                                                                                                                                                                                    |
|-----|----------|--------------|--------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|     |          |              |              | fixtures through supplier); located matching fixtures to existing for 4th floor; replaced ballasts in garage; replaced outdoor fixtures (this was basically one job); attic fans had to be replaced |
| 5a. | March 1996 | ●$2,580.39 | Cain Security | broken alarm system replaced |
| 5b. |          | ●   110.00  |              | -keypad: master bedroom (2nd floor)  |
|     |          |              |              | -keypad: front door (main floor) |
|     |          |              |              | -keypad: garage (lower level) |
|     |          |              |              | -infrared motion detector (lower level) |
|     |          |              |              | -infrared motion detector (main level) |
|     |          |              |              | -back-up battery |
|     |          |              |              | -3rd floor door enunciator |
| 6a. | 05/31/99 | ●$3,402.59  | Eagle Mat   | DAMAGE: standing water on all balconies rendered them unusable without pavers or raised covering of some type - despite repeated repaving |
| 6b. | 06/11/99 | ‡ $  300.00 | Edgar Erazo |  |
|     |          |              |              | ACTION: installed complete floor system (pool tile) to cover surface of each of the five balconies |
| 7.  | 2000-2001 | $ ▪         | landscaper  | DAMAGE: hurricane toppled tree September 17, 1999; all other trees and groundcover removed by USDOSOFM anticipating replacement by relandscaping |
|     |          |              |              | DAMAGE: water/mulch run-off problem on east side of house |
|     |          |              |              | ACTION: yard landscaping |
|     |          |              |              | -NE corner of house |
|     |          |              |              | -SW corner of house |
|     |          |              |              | -W corner of house |

November 30, 2004

## C.  WATER LEAKS (no deductible)

| | | | | |
|---|---|---|---|---|
| 1. | 06/16/03 | ●$ 350.00 | Carlos Carico | DAMAGE: moisture on north wall in playroom<br>DAMAGE: major leak in garage; ceiling falling down<br>DAMAGE: front and side doors damaged by water, veneer fronts of both doors breaking and chipping<br>ACTION: called Carlos Carico (previously engaged by USDOSOFM) to address MBR and garage leaks (garage leak came from 2nd floor balcony) and make repairs to stop leaks and repair front doors with sealant; |
| 2. | 06/30/03 | ●$ 293.99 | Strosniders | DAMAGE: balcony water leak into master bedroom closet; damage to 7 pairs of boots; carpet wet and mildewed; clothing mildewed<br>ACTION: purchased dehumidifier as Ochoa had previously done on the occasion of a previous leak in the same closet - to run constantly 24/7/365 from this date forward |
| 3. | 07/03/03 | ○$ 300.00 | Nicholas Herrera | DAMAGE: water leak into master bedroom walk-in closet: wet carpet; mildew stains<br>ACTION: rush call to carpet cleaner who came to vacuum up water and treat carpet; carpet cleaned, dehumidifier purchased and placed in master bedroom walk-in closet 24/7/365 |

November 30, 2004

## D.    OTHER REPAIRS ($200 deductible)

| | | | | |
|---|---|---|---|---|
| 1. | 02/18/03 | ●$ 208.85 | CBS | DAMAGE: toilets malfunctioning<br>ACTION: repaired |
| 2. | 04/10/03 | ○$ 319.38 | CBS | DAMAGE: 2nd floor heat pump quit working<br>ACTION: repaired |
| 3a. | 06/12/03 | ●$ 375.00 | Ivan Garcia | DAMAGE: towel bar was bent and kept falling off; TP roll kept falling off |
| 3b. | 06/26/03 | ●$  58.16 | Brass Knob | DAMAGE: shelf and garment rod in playroom storage closet collapsed shelf did not have support in center and when it broke, took down the rod; closet door knob missing (since move-in); rat holes remained uncovered; several outlets defective; ceiling in 1st floor front room water damage |
| 3c. | 06/27/04 | ○$ 140.98 | Strosniders | |
| 3d. | 07/11/03 | ○$ 300.00 | Ivan Garcia | ACTION: made repairs to closet (new shelf, new rod); sealed rat holes and repaired water/mildew damage under north window (bookcase); replaced a couple of defective outlets; ceiling damage repaired |
| 3e. | 07/11/03 | ○$ 139.29 | Ivan Garcia | |
| 3f. | 07/17/03 | ○$ 160.00 | Ivan Garcia | |

November 30, 2004

## E. PEST CONTROL (no deductible)

| # | Date | Amount | Vendor |
|---|------|--------|--------|
| 1. | 03/12/03 | ●$ 75.00 | Action Env |
| 2. | 04/03/03 | ●$ 75.00 | Action Env |
| 3. | 05/12/03 | ●$ 75.00 | Action Env |
| 4. | 06/10/03 | ●$ 75.00 | Action Env |
| 5. | 07/07/03 | ●$ 75.00 | Action Env |
| 6. | 08/04/03 | ●$ 75.00 | Action Env |
| 7. | 09/03/03 | ●$ 75.00 | Action Env |
| 8. | 10/01/03 | ●$ 75.00 | Action Env |
| 9. | 11/03/03 | ●$ 75.00 | Action Env |
| 10. | 12/01/03 | ●$ 75.00 | Action Env |
| 11. | 01/06/04 | ●$ 75.00 | Action Env |
| 12. | 02/02/04 | ●$ 75.00 | Action Env |
| 13. | 03/01/04 | ●$ 75.00 | Action Env |
| 14. | 03/22/04 | ●$ 75.00 | Action Env |
| 15. | 04/06/04 | ●$ 75.00 | Action Env |
| 16. | 05/03/04 | ●$ 75.00 | Action Env |
| 17. | 06/01/04 | ●$ 75.00 | Action Env |
| 18. | 07/12/04 | ●$ 75.00 | Action Env |

DAMAGE: pests that enter through structural defects (i.e., cracks in window seals and openings in door jams)

ACTION: continued monthly service with Action Environmental [USDOSOFM has provided continuous monthly service during the entire period of our occupancy, regardless of the lease, because of continuing vermin and insect infestation.]

November 30, 2004

F.  **OTHER REPAIRS AND REPLACEMENTS LEFT ON PROPERTY (no deductible)**

| | | | | |
|---|---|---|---|---|
| 1. | April 1996 | ○$3,500.00 | Ochoa | ½ KITCHEN cost [paid to USDOSOFM] |
| 2. | April 1996 | ●$ 234.80 | Ochoa | 120V, 20 AMP CIRCUIT |
| 3. | April 1996 | ●$ 291.64 | Ochoa | LIGHT SWITCHES AND ROTARY DIMMERS |
| 4. | April 1996 | ●$ 549.00 | Ochoa | RENOVATE BAR area |
| 5. | April 1996 | ●$ 210.00 | Ochoa | INSTALL PLEXIGLASS in open portions of stairway (3rd floor) to match rest of staircase |
| 6. | April 1996 | ●$2,925.00 | Ochoa | REINFORCE CEILINGS: dining room, front sitting room, stairwells |
| 7a. | May 1996 | ●$1,402.70 | Alpha Interiors | MINI BLINDS (Graber) |
| 7b. | | ●    65.57 | Next Day Blinds | replacement blinds - playroom |
| 8. | 07/02/97 | ○$1,036.35 | Columbia Glass | WALL MIRRORS<br>-powder room (main)<br>-Nanny's room (lower level) |
| 9. | | $■ | Sentry Installation | UPDATED TELEPHONE SYSTEM CONNECTION; installed new jacks; connected to door enunciation system |
| 10. | | $■ | Crescent Electric | STAIRCASE RHEOSTATS:<br>-1st to 2nd floor staircase<br>-2nd floor to 3rd floor staircase<br>-1st to lower level staircase<br>-den |

November 30, 2004

|     |             |            |                                                                  |
|-----|-------------|------------|------------------------------------------------------------------|
|     |             |            | -bar                                                             |
|     |             |            | -entrance hallway                                                |
|     |             |            | -kitchen to garage staircase                                     |
|     |             |            | -lower level bathroom?                                           |
| 11. | $■       | locksmith  | DOOR LOCKS:                                                      |
|     |             |            | -top floor (2)                                                   |
|     |             |            | -lower level: Nanny's room                                       |
|     |             |            | -lower level: utility room                                       |
| 12. | ○$2,189.29  | Ivan Garcia| PAINT LOWER LEVEL, HALLWAY TO GARAGE AND                         |
|     |             |            | KITCHEN/GARAGE STAIRCASE and closet knob replacement             |
|     | ●$   33.71  | Johnson's  | (sponge-paint wall in staircase, enamel paint steps);            |
|     | ○$   14.71  |            | cover hole left by malfunctioning exhaust fan in bathroom        |
| 13. | ○ $ 400.00  | Ivan Garcia| PAINT FRONT SITTING ROOM and repair water damaged                |
|     |             |            | ceiling                                                          |

November 30, 2004

## G.  DAMAGE TO TEDARDS' PROPERTY CAUSED BY VERMIN AND WATER LEAKS

1. 03/28/01  •$1,710.00  Urban Country  DAMAGE: bottom of denim slipcovers of (2 part sofa/chaise sectional1) chewed up by rats
ACTION: new slipcovers need to be made

2. 03/28/01  $250.00-$800.00 Estimate  Rug Gallery  DAMAGE: end of 10 x 13 Gabbeh oriental rug chewed up by rats
ACTION: damaged section may be able to be repaired; if not, rug may need to be shortened approximately 3 inches to remove chewed up section and entire end must be refringed

3. 02/11/04  $    65.00 CASH  Sumner Place Shoes  DAMAGE: leak from second floor balcony into master bedroom closet mildewed designer boots (Gucci, Lucchese lizard, 2 pair Tony Llama lizard, Neiman Marcus, and Walter Steiger)
ACTION: boots cleaned by shoemaker
[paid CASH, I can get receipt]