CD-RW
3410 Garfield St
USDC DC
No. 05-0991

CD GIVEN TO
MR. HUSSENDEN
AT
DEPOSITION OF
YVONNE TEDARDS
MAR 29, 2006

BALCONY STANDING WATER











COOKTOP EXPLOSION II









EXTERIOR BRICK

EXTERIOR LIGHTS/REPOINTING

FENCE

![photograph labeled 36, timestamped 10 29 '02]

FRONT DOOR

GARAGE



45

KITCHEN ANT





LIGHTS GENERAL






PLAYROOM, ROT, ANTS, CLOSET







MBR WATER DAMAGE 7



MBE WATER DAMAGE



WINDOW LEAK


102


103