UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil Action No.: |
| ) | 1:05-CV-00991-JGP |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| WILLIAM P. TEDARDS, JR., and ) | |
| YVONNE TEDARDS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | **Jury Trial Demanded** |

**NOTICE TO INCLUDE ADDITIONAL ATTACHMENTS TO DEFENDANT'S MOTION FOR LEAVE TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ONE DAY LATER**

Defendants, William and Yvonne Tedards, hereby refile the remaining exhibits uploaded incorrectly to the Court's filing system on Tuesday, August 15, 2006. Due to technical/computer error, Defendants unknowingly filed three motions requesting an extension of time to file their opposition papers one day later when uploading the attachments in three separate transmission due to size and bulk of the file.

DATED: August 17, 2006                    Respectfully submitted,

                                           WILLIAM P. TEDARDS, JR.
                                           YVONNE TEDARDS

NOTICE TO INCLUDE ADDITIONAL ATTACHMENTS TO DEFENDANTS' MOTION FOR
LEAVE TO FILE OPPOSITION TO PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT ONE DAY LATER
Case No. 05-CV-00991-JGP

1

/s/
William P. Tedards, Jr. (#143636)
6470 N. Silversmith Place
Tucson, AZ 85750
TEL:  202 797-9135

*Appearing Pro Se*

NOTICE TO INCLUDE ADDITIONAL ATTACHMENTS TO DEFENDANTS' MOTION FOR
LEAVE TO FILE OPPOSITION TO PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT ONE DAY LATER
Case No. 05-CV-00991-JGP

2

## CERTIFICATE OF SERVICE

      I hereby certify that on August 17, 2006, a true copy of the foregoing **NOTICE TO INCLUDE ADDITIONAL ATTACHMENTS TO DEFENDANT'S MOTION FOR LEAVE TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ONE DAY LATER** was served by E-mail, on counsel of record as follows:

    Paul A. Mussenden
    U.S. Attorney's Office
    Civil Division
    555 4th Street, NW
    Washington, D.C. 20530
    TEL:  202 514-7143
    FAX: 202 514-8780
    E-mail: Paul.Mussenden@usdoj.gov

                                                                 /s/
                                                      William P. Tedards, Jr.

3

NOTICE TO INCLUDE ADDITIONAL ATTACHMENTS TO DEFENDANTS' MOTION FOR
LEAVE TO FILE OPPOSITION TO PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT ONE DAY LATER
Case No. 05-CV-00991-JGP