3410 GARFIELD STREET, N.W. ◆ WASHINGTON, D.C. 20007

TEL: 202.338.2225 ◆ FAX: 202.338.2226

VIA FAX

TO:         U.S. Department of State Office of Foreign Missions
            ATTN: Lynn Miller

FROM:       Bill Tedards

DATE:       January 9, 2004

RE:         **3410 GARFIELD STREET, N.W. - RENT / EXPENSES**


Happy New Year!  We hope you are well.

Last year we incurred substantial out-of-pocket necessary repair/replacement costs and we would like to offset them against the amount we owe you for (1) expenses in the amount of $440 and (2) the January 2004 rent in the amount of $5,150, for a total of $5,590.

It was an interesting year.  We experienced several leaks, appliance breakdowns, electrical shorts (indoor and outdoor), equipment failure, structure breakdowns, and other minor casualties.

Attached is a draft preliminary list of paid expenses totaling $12,033.44.  We continue to reconcile the necessary repair/replacement expenses (a few others not on the attached list remain unpaid).  Please call me after you have had an opportunity to review the attached list.

Thank you.

                                        Bill

WPT/8230
Attachments