3410 Garfield Street, N.W. ◆ Washington, D.C. 20007

TEL: 202.338.2225 ◆ FAX: 202.338.2226

<u>VIA FAX</u>

TO:        U.S. Department of State Office of Foreign Missions
              ATTN: Lynn Miller

FROM:    Bill Tedards

DATE:    October 7, 2002

RE:        **3410 GARFIELD STREET, N.W. - REPAIR LIST**

**WINDOWS:**
1. 2nd FLOOR (master bathroom):  window seal is broken
2. 2nd FLOOR (master bedroom):  window seal is broken
3. 2nd FLOOR (twin's bathroom):  window seal is broken
4. 2nd FLOOR (twin's bathroom): screen is ripped
5. 3rd FLOOR (Bill's office): window seals are broken (2)
6. 3rd FLOOR (Bill's office): french door seal is broken (1)
7. ALL WINDOWS and DOORS: exterior grouting in poor condition

**PLUMBING:**
1. 3rd FLOOR (blue bathroom):  toilet runs
2. 2nd FLOOR (guest bathroom):  faucet leak, slow tank fill
3. 2nd FLOOR (master bathroom):  sink drains slowly
4. 2nd FLOOR (twin's bathroom):  tub drains very slowly
5. 2nd FLOOR (twin's bathroom): water leaks from toilet base when flushed
6. MAIN (powder room): slow-filling tank; toilet can't be used 2xs
7. MAIN (kitchen): soap dispenser container is broken
8. LL (playroom bathroom):  toilet runs
9. LL (nanny's bathroom):  toilet does not fill

Ms. Lynne Miller
October 4, 2002
Page 2

3410 GARFIELD STREET, N.W. ◆ WASHINGTON, D.C. 20007
TEL: 202.338.2225 ◆ FAX: 202.338.2226

**ELECTRICAL:**
1. GARAGE:  fluorescent fixture bad (2)
2. LL (playroom):  see UNFINISHED repairs below
3. LL (playroom bathroom): exhaust fan works intermittently
4. KITCHEN:  fluorescent fixture ballast broken (1)
5. 2nd FLOOR (master bedroom): receptacle to TV broken (FIXED by Tedards)
6. OUTSIDE: protruding lights on deck outside staircase
7. YARD (west side): spot fixtures not functioning
8. YARD (east side): spot fixtures not functioning

**LEAKS:**
1. MAIN: window leak in front room window
2. MAIN: window leak in hall window
3. MAIN: front door is warped and leaks when it rains
4. MAIN: side door is warped and leaks when it rains

**MISCELLANEOUS REPAIR ITEMS:**
1. MAIN: front door is warping and splitting and sticks occasionally, depending on the weather
2. MAIN: new[er] side door is warping: gap with door frame lets rain in
3. MAIN: kitchen doors to living room hit each other when closed
4. MAIN: kitchen linoleum seams are separating; also pulling away from wall in bar and pantry
5. KITCHEN: sink backsplash is broken due to earlier damage during a repair and moisture; replace backsplash/caulk?
6. KITCHEN: trash container drawer sticks
7. KITCHEN: one utensil drawer is coming apart
8. 2nd FLOOR (Emily's room): closet door (RH side) sticks
9. 2nd FLOOR (twin's bathroom): bath tile loose
10. 3rd FLOOR: balcony screen door sticks/falls off track
11. 4th FLOOR: several kitchen linoleum tiles are loose
12. OUTSIDE: several gutter joints are bad - gutters leak or detach
13. OUTSIDE: exterior brick showing lots of cracks and/or missing grout
14. OUTSIDE (fence): new section of fence needs repair

Ms. Lynne Miller
October 4, 2002
Page 3

3410 Garfield Street, N.W. ◆ Washington, D.C. 20007

TEL: 202.338.2225 ◆ FAX: 202.338.2226

**UNFINISHED PROJECTS:**
1. GARAGE: holes remain in garage ceiling after garage doors were replaced and old supports were taken out
2. CBS: when fan exhaust broke (in garage) CBS was not given authorization to repair; hole was left open
3. OCHOA: 4 recessed lights were supposed to have been replaced in playroom and hallway to garage; 2 recessed lights have not been replaced and are still falling out of the ceiling; painting not finished in hallway and playroom

**COMMENT/UPDATE:**
1. OCHOA: When workmen come to do repairs, they frequently leave working material behind (i.e., leftover wood treated with arsenic left outside, left-over lumber, wallboard left in garage, etc.). We would appreciate it if they would tell us whether or not they are planning to come back and if their assignment has been completed so we can ensure they take the unused material with them for disposal. A lot of pieces are too large for the regular trash pick-up and end up outside in piles.
2. OVERHEAD DOOR (garage): came to check out problem on Friday September 13, 2002 re doors not closing and popping open. [OVERHEAD CAME BACK AND TOOK CARE OF THIS on Tuesday, September 17. Said original installation was defective: tech corrected timing of door closing which was slightly off, relocated electronic eyes, and tightened the loose cable.]

Thank you.