UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.    )<br>)<br>WILLIAM P. TEDARDS, JR. AND  )<br>YVONNE TEDARDS    )<br>)<br>Defendants.  )<br>_____) | Civil No. 05-00991 (JGP) |

## ORDER

For the reasons set forth in the Memorandum Opinion to be filed, and because the Court concludes that defendants have raised genuine issues of material fact in their Answer and Counterclaim [#6] and Opposition to Plaintiff's Motion for Summary Judgment [#26], it is hereby

**ORDERED** that **Plaintiff's Motion for Summary Judgment [#25]** is **DENIED WITHOUT PREJUDICE**.  And it is further

**ORDERED** that a status hearing shall be held on **April 25, 2007 at 10:00 A.M.** in Courtroom 15.

Date: March 30, 2007                               **JOHN GARRETT PENN**
                                                   **United States District Judge**