UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>)<br>WILLIAM P. TEDARDS, JR. AND )<br>YVONNE TEDARDS )<br>)<br>**Defendants.** )<br>_____) | Civil No. 05-00991 (JGP) |

**ORDER**

With the consent of the parties, it is hereby

**ORDERED** that the above-captioned action is referred for mediation to commence on July 9, 2007 and conclude on or before August 7, 2007. It is further

**ORDERED** that counsel and the parties, including persons with settlement authority, attend the mediation sessions. And it is further

**ORDERED** that the Clerk of the Court is directed to furnish a copy of this Order to the Circuit Executive for the purpose of assigning a mediator.


**Date: June 26, 2007**                                                     **JOHN GARRETT PENN**
                                                                                        **United States District Judge**