UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>v.           )<br>)<br>**WILLIAM P. TEDARDS, JR. AND** )<br>**YVONNE TEDARDS** )<br>)<br>    **Defendants.**     )<br>_____) | Civil No. 05-00991 (JGP) |

**ORDER**

The following is hereby

**ORDERED:**

1.   The status hearing scheduled for August 9, 2007 in Courtroom 15 at 10:00 A.M. is cancelled.

2.   The above-captioned case is referred to Magistrate Judge Robinson for a status hearing. The parties, currently assigned to ADR which is set to end on August 7, 2007, are to contact the chambers of Magistrate Judge Robinson to reschedule the status hearing.

**SO ORDERED.**

Date: August 3, 2007                                                                   JOHN GARRETT PENN
**United States District Judge**