UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff

v.

WILLIAM P. TEDARDS, JR. AND
YVONNE TEDARDS

    Defendants.

Civil Action No. 05-00991 (JGP)

### AGREEMENT IN PRINCIPLE

The following represents the parties agreement in principle, subject to execution of a mutually acceptable settlement agreement and stipulation of dismissal, to settle the above referenced litigation on the following terms:

1. Execution of a mutually agreeable settlement agreement on or before August 31, 2007.
2. Defendants, counterclaimants, agree to pay Plaintiff a total amount of $30,000.00 payable as set forth below:
   - $10,000.00 by cashiers check on or before August 31, 2007;
   - Balance of $20,00.00 due and payable in equal installments of $2,000.00 per month for 10 months (commencement and monthly payment date to be set forth in the settlement agreement).
3. Parties agree to a consent judgment in the event of a default as defined under the settlement agreement. The form and terms of the consent judgment shall be set forth in the settlement agreement and executed at the same time. The consent judgment shall be filed with the court only in accordance with the terms and conditions of the settlement agreement.
4. Parties will dismiss their respective claims filed in the above captioned litigation.
5. Each party will bear their own costs and fees.

_____
Plaintiff

_____
Plaintiff's Attorney

_____
William P. Tedards, Jr.
Defendant

_____
Yvonne Tedards (by WPT)
Defendant

Approved by: Keith V. Morgan 7/24/07