UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>              Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>WILLIAM P. TEDARDS, JR., and )<br>YVONNE TEDARDS,  )<br>  )<br>              Defendants.  )<br>_____ ) | Civil Action No.:<br>05-0991-DAR |

**RESPONSE OF WILLIAM P. TEDARDS, JR. TO THE GOVERNMENT'S MOTION TO REOPEN CASE AND REINSTATE COMPLAINT**

Defendant William P. Tedards, Jr., who has executed the settlement proposal presented by the Government with the preamble removed and is complying with its terms, requests that the Court direct counsel for the government and defendant Yvonne Tedards to negotiate a resolution of their separate differences -- which are completely non-substantive -- concerning the precise wording of the final document. William Tedards has been unable to persuade Yvonne Tedards to sign the document precisely as written by the government and has been unable to persuade counsel for

1

RESPONSE OF WILLIAM P. TEDARDS, JR.
TO THE GOVERNMENT'S MOTION
TO REOPEN CASE AND REINSTATE COMPLAINT
Civil Case No. 05--0991 (DAR)

the government either to accept his signature and compliance as sufficient[1] or to discuss the matter with Yvonne Tedards and resolve the issue conditioning her signature.

In effect, William Tedards is caught in the middle of a minor dispute between the government and Yvonne Tedards concerning her separate signature.  Yvonne Tedards has sent the government an executed document with certain changes in the final wording, and the government is refusing to discuss them with her.[2]  But there is no substantive dispute between the parties and no reason to reinstate an entire litigation which has obviously been settled.

 DATED: October 26, 2007                    Respectfully submitted,

                                            WILLIAM P. TEDARDS, JR.


                                            _____/s/_____
                                            William P. Tedards, Jr. (#143636)

---

[1] William Tedards provided the government with an executed original of the document without the preamble (not just the faxed version) and is complying with its terms. The government tried to claim at one point that it did not have the original, but has now conceded that it had the original and the second payment that came with it.

[2] This tendency of the government to prepare documents unilaterally and then demand that the other parties sign them exactly as written, with no discussion or negotiation whatsoever, is a prime contributor to the problem.  William Tedards ran into this when he was presented with the non-negotiable "preamble," and the same problem is now blocking a resolution of the separate signature.  Instead of taking a few minutes to resolve the wording changes with Yvonne Tedards, the government prefers to "stonewall" her and reinstate the entire litigation.

2

RESPONSE OF WILLIAM P. TEDARDS, JR.
TO THE GOVERNMENT'S MOTION
TO REOPEN CASE AND REINSTATE COMPLAINT
Civil Case No. 05--0991 (DAR)

3

      6470 N. Silversmith Place
      Tucson, AZ 85750
      TEL: 202 797-9135

      *Appearing Pro Se*

3

RESPONSE OF WILLIAM P. TEDARDS, JR.
TO THE GOVERNMENT'S MOTION
TO REOPEN CASE AND REINSTATE COMPLAINT
Civil Case No. 05--0991 (DAR)

## CERTIFICATE OF SERVICE

      I hereby certify that on October 26, 2007, I electronically filed the foregoing with the Clerk of the U.S. District Court, for the District of Columbia using the CM/CEF e-filing system which will send notification of such filing to the following email address:

>Paul A. Mussenden
>U.S. Attorney's Office
>Civil Division
>555 4th Street, NW
>Washington, D.C. 20530
>TEL:  202 514-7143
>FAX: 202 514-8780
>E-mail: Paul.Mussenden@usdoj.gov

                              _____/s/_____
                              William P. Tedards, Jr.

4

RESPONSE OF WILLIAM P. TEDARDS, JR.
TO THE GOVERNMENT'S MOTION
TO REOPEN CASE AND REINSTATE COMPLAINT
Civil Case No. 05--0991 (DAR)