## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No.: |
| | ) | 05-0991-DAR |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| WILLIAM P. TEDARDS, JR., and | ) | |
| YVONNE TEDARDS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## OPPOSITION OF YVONNE TEDARDS TO THE GOVERNMENT'S MOTION TO REOPEN CASE AND REINSTATE COMPLAINT

Yvonne Tedards submits the attached Declaration, in support of her Opposition to the Government's Motion to Reopen Case and Reinstate Complaint and respectfully requests the Court to include the changes to the Joint Stipulation of Settlement and Dismissal as presented in the attachment to her declaration. The Motion to Request Filing Settlement Papers Under Seal and its attachment is being filed in accordance with Local Rule LCvR 5.1(j).

The Government, in this matter, has been pursuing an avenue of continuing personal attacks against Defendants/Counterclaimants, before the mediation, during

OPPOSITION OF YVONNE TEDARDS
TO THE GOVERNMENT'S MOTION
TO REOPEN CASE AND REINSTATE COMPLAINT
Civil Case No. 05--0991 (DAR)

1

the mediation, after the Agreement in Principle was reached, and during preparation of the Joint Stipulation, despite the fact that its motion for summary judgment was denied and the settlement was mutually agreed upon.

Therefore, Yvonne Tedards further requests the Court to:

(i)     issue an Order to file under seal the terms of the Agreement in Principle, dated July 26, 2007, Exhibit A to the Government's Motion to Reopen Case (Document 36-2 on the Court docket);

(ii)    issue an Order to file under seal all further submission relating to the joint stipulation of settlement;

(iii)   issue an Order to prohibit all parties from having any discussion of the terms of the settlement and this lawsuit, and in particular, the USDOSOFM, its employees, agents, contractors, or assigns and the DOJ personnel handling this case;

(iv)    issue an Order approving and filing under seal the changes conditioning the signature of Defendant/Counterclaimant, Yvonne Tedards, to the Joint Stipulation of Settlement and Dismissal, attached to her Declaration in Support of her Opposition to the Government's Motion to Reopen Case and Reinstate Complaint; and

(v)     issue an Order to file all settlement papers under seal.

DATED: October 29, 2007                    Respectfully submitted,

                                           YVONNE TEDARDS

_____/s/_____
Yvonne Tedards
6470 N. Silversmith Place
Tucson, AZ 85750
TEL:  202 797-9135

*Appearing Pro Se*

OPPOSITION OF YVONNE TEDARDS
TO THE GOVERNMENT'S MOTION
TO REOPEN CASE AND REINSTATE COMPLAINT
Civil Case No. 05--0991 (DAR)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 29, 2007, I electronically filed the foregoing with the Clerk of the U.S. District Court, for the District of Columbia using the CM/CEF e-filing system which will send notification of such filing to the following email address:

> Paul A. Mussenden
> U.S. Attorney's Office
> Civil Division
> 555 4th Street, NW
> Washington, D.C. 20530
> TEL:  202 514-7143
> FAX: 202 514-8780
> E-mail: Paul.Mussenden@usdoj.gov

_____/s/_____
Yvonne Tedards

OPPOSITION OF YVONNE TEDARDS
TO THE GOVERNMENT'S MOTION
TO REOPEN CASE AND REINSTATE COMPLAINT
Civil Case No. 05--0991 (DAR)