UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                       )<br>                              Plaintiff,    )<br>                                                       )<br>v.                                                   )<br>                                                       )<br>WILLIAM P. TEDARDS, JR., and   )<br>YVONNE TEDARDS,                    )<br>                                                       )<br>                              Defendants. )<br>_____ ) | Civil Action No.:<br>05-0991-DAR |

**MOTION TO REQUEST FILING SETTLEMENT PAPERS UNDER SEAL**

Defendants/Counterclaimants William P. Tedards, Jr. and Yvonne Tedards request that the documents relating to the settlement and dismissal of this matter be filed under seal.  The documents are as follows:

(i)   the Agreement in Principle, Exhibit A to the Government's Motion to Reopen Case dated July 26, 2007 (Document 36-2 on the Court docket);

(ii)   the Declaration of Yvonne Tedards in Support of her Opposition to the Government's Motion to Reopen Case and Reinstate Complaint filed concurrently herewith, with attachment thereto, the Joint Stipulation of Settlement and Dismissal;

(iii)   all further submissions relating to the Joint Stipulation of Settlement;

(iv)   prohibit any discussion of the terms of the settlement and this lawsuit, and in particular, by the USDOSOFM, its employees, agents, contractors, and the DOJ personnel handling this case; and

(v)   issue an Order filing under seal the Joint Stipulation of Settlement and Dismissal executed by Defendant/Counterclaimant, Yvonne Tedards.

DATED: October 29, 2007                         Respectfully submitted,

YVONNE TEDARDS

_____/s/_____
Yvonne Tedards
6470 N. Silversmith Place
Tucson, AZ 85750
TEL:  202 797-9135
E-MAIL: y422@tedards.com

*Appearing Pro Se*

WILLIAM P.  TEDARDS, JR.

_____/s/_____
William P.  Tedards, Jr.
6470 N. Silversmith Place
Tucson, AZ 85750
TEL:  202 797-9135

*Appearing Pro Se*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 31, 2007, I electronically filed the foregoing with the Clerk of the U.S. District Court, for the District of Columbia, using the CM/CEF e-filing system which will send notification of such filing to the following e-mail address:

>Paul A. Mussenden
>U.S. Attorney's Office
>Civil Division
>555 4th Street, NW
>Washington, D.C. 20530
>TEL:  202 514-7143
>FAX: 202 514-8780
>E-mail: Paul.Mussenden@usdoj.gov

                                          _____/s/_____
                                              Yvonne Tedards