UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | Civil Action No.: |
| ) | 05-0991-DAR |
| Plaintiff,          ) | |
| v.                                                  ) | |
| ) | |
| WILLIAM P. TEDARDS, JR., and       ) | |
| YVONNE TEDARDS,                           ) | |
| ) | |
| Defendants.      ) | |
| _____ ) | |

**ERRATA and NOTICE OF CHANGE OF E-MAIL ADDRESSES:**

Defendant/Counterclaimant Yvonne Tedards requests that the attached Declaration of Yvonne Tedards in Support of Her Opposition to the Government's Motion to Reopen Case and Reinstate Complaint, originally filed electronically on October 26, 2007, be refiled with a corrected title. In support of her request, Yvonne Tedards states as follows:

1.  The Tedards' entire computer system has been compromised and in transferring files back and forth to different computers, text was inadvertently dropped in the preparation of the different documents that were filed on October 26, 2007; and

2.      The Tedards have issued new e-mail addresses to be used for all e-mail communications as the old e-mail addresses were also compromised and the old e-mail addresses (stephanie@tedards.com and y106@tedards.com) are no longer valid. The new e-mail address for William Tedards is s797@tedards.com and the new e-mail address for Yvonne Tedards is y422@tedards.com.

DATED: October 31, 2007                    Respectfully submitted,

                                                  YVONNE TEDARDS

                                                  /s/
                                          Yvonne Tedards
                                          6470 N. Silversmith Place
                                          Tucson, AZ 85750
                                          TEL:  202 797-9135
                                          E-MAIL: y422@tedards.com

*Appearing Pro Se*

WILLIAM P. TEDARDS, JR.

                                                  /s/
                                          William P. Tedards, Jr.
                                          6470 N. Silversmith Place
                                          Tucson, AZ 85750
                                          TEL:  202 797-9135
                                          E-MAIL: s797@tedards.com

*Appearing Pro Se*

# **CERTIFICATE OF SERVICE**

      I hereby certify that on October 31, 2007, I electronically filed the foregoing with the Clerk of the U.S. District Court, for the District of Columbia, using the CM/CEF e-filing system which will send notification of such filing to the following e-mail address:

> Paul A. Mussenden
> U.S. Attorney's Office
> Civil Division
> 555 4th Street, NW
> Washington, D.C. 20530
> TEL:  202 514-7143
> FAX: 202 514-8780
> E-mail: Paul.Mussenden@usdoj.gov

                                        _____/s/_____
                                                 Yvonne Tedards