UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM P. TEDARDS, JR., and )<br>YVONNE TEDARDS, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No.:<br>05-0991-DAR |

### DECLARATION OF YVONNE TEDARDS IN SUPPORT OF HER OPPOSITION TO THE GOVERNMENT'S MOTION TO REOPEN CASE AND REINSTATE COMPLAINT

I, Yvonne Tedards, a Defendant/Counterclaimant in this matter, am a resident of Tucson, Arizona, over the age of 18, declare as follows:

1. I acknowledge that William Tedards signed the Agreement in Principle for himself and on my behalf on July 26, 2007.

2. I acknowledge that William Tedards conditionally executed the Joint Stipulation of Settlement and Dismissal by August 31, 2007 for himself and on my behalf.

1

DECLARATION OF YVONNE TEDARDS
IN SUPPORT OF HER OPPOSITION
TO THE GOVERNMENT'S MOTION
TO REOPEN CASE AND REINSTATE COMPLAINT
Civil Case No. 05--0991 (DAR)

3. Plaintiff objected to all changes made by Defendants/Counterclaimants to the original draft version of the Joint Stipulation (prepared by the Government), in particular, the Tedards' objection to inclusion of the Preamble.

4. The objection to inclusion of the Preamble was heard by the Court on September 26, 2007, and the Court ruled the Preamble was to be excluded from the Joint Stipulation.

5. The Government revised the Joint Stipulation and sent it to the Tedards via email with a surly demand for signature on Friday, September 28, 2007. The Tedards did not locate the email until Sunday, as the office had been partially closed that week and a large number of emails were in the Tedards' inbox.

6. On October 10, 2007, Mr. Tedards executed the revised joint stipulation and faxed it to the Government and asked me to cut a check for the second payment. I cut the check on October 10, dated it the same day, and readied it for mailing.

7. When I prepared to execute the revised version of the Joint Stipulation, I reviewed the schedule for payments again, and noted that the October 1 due date had already passed and had not been adjusted forward despite the over-60-day-delay caused by the preamble issue, the conference call with Court to resolve the preamble issue, and the submission of the revised joint stipulation by the Government. I told

2

DECLARATION OF YVONNE TEDARDS
IN SUPPORT OF HER OPPOSITION
TO THE GOVERNMENT'S MOTION
TO REOPEN CASE AND REINSTATE COMPLAINT
Civil Case No. 05--0991 (DAR)

Mr. Tedards that the consent judgment provision would put us in automatic default because we had not made a timely payment by October 1 and the Government would seize the opportunity to enter a default judgement against us.  I told Mr. Tedards I could not sign it until the dates were changed so that a default would not be entered. Mr. Tedards acknowledged my objections but had already signed the stipulation and indicated the check should be mailed with it.

8.    Mr. Tedards personally delivered the envelope to the U.S. Post Office, and, without a directive in the Joint Stipulation as to where to mail it, it was mailed to Mr. Mussenden, attorney for the Government, via First Class mail.

9.    On October 19th, Mr. Mussenden, telephoned (using a very unprofessional tone) to demand the check and signed joint stipulation.  Mr. Tedards spoke to Mr. Mussenden and told him that we had sent him the joint stipulation and check (as agreed on October 10th) and after a fairly heated discussion, in essence, told Mr. Mussenden to go look for it in his office.

10.   Mr. Mussenden called back to indicate that he had found the joint stipulation signed by Mr. Tedards and the check.  Mr. Mussenden and Mr. Tedards discussed the fact that my signature was not on the joint stipulation.

3

DECLARATION OF YVONNE TEDARDS
IN SUPPORT OF HER OPPOSITION
TO THE GOVERNMENT'S MOTION
TO REOPEN CASE AND REINSTATE COMPLAINT
Civil Case No. 05--0991 (DAR)

11. Mr. Tedards then called me while I was out-of-town and described his conversation with Mr. Mussenden, relaying there was an issue with the lack of my signature, and it was agreed that I would provide, in written form, the concerns I had.

12. On October 25, I prepared a list of issues (non-substantive) and decided to incorporate the changes into the joint stipulation itself instead.

13. The issues I addressed are as follows:

(a) I could not sign a document that indicated I agreed to a payment on or before October 1 when the a Joint Stipulation had not yet been executed on that date (but subsequently signed by William Tedards on October 10 and sent to the Government with the second payment) with a default clause that would kick in regarding the October 1st date;

(b) I needed to know who the payee was supposed to be for these payments because I did not know whether to continue making the check payable to the USDOSOFM, the U.S. Treasury, or other payee;

(c) I needed to know where to mail the payments because Mr. Mussenden had previously told Mr. Tedards that we should not use the regular mail because the documents might become unreadable or might get shredded in their mail room, but when we did send it to him via regular mail anyway, it did not get shredded or become unreadable but took nineteen (19) days for Mr. Mussenden to find it;

4

DECLARATION OF YVONNE TEDARDS
IN SUPPORT OF HER OPPOSITION
TO THE GOVERNMENT'S MOTION
TO REOPEN CASE AND REINSTATE COMPLAINT
Civil Case No. 05--0991 (DAR)

(d) because of issues relating to the delay(s) in the receipt of mail by the recipient, a mechanism had to be set up so that the payments could be tracked by the sender to that the Tedards would not be in default because the Government was unable to track its mail in a timely fashion; and

(e) file the settlement documents under seal as the negotiations took place with a mediator, and the settlement terms were confidential.

14. A copy of the Joint Stipulation of Settlement and Dismissal executed by Yvonne Tedards is attached with a copy of the transmittal letter to the Government's counsel.

I declare under penalty of perjury that the above is true to the best of my knowledge and belief.

October 29, 2007
Tucson, Arizona

/s/
Yvonne Tedards
6470 N. Silversmith Place
Tucson, AZ 85750
TEL: 202 797-9135

*Appearing Pro Se*

5

DECLARATION OF YVONNE TEDARDS
IN SUPPORT OF HER OPPOSITION
TO THE GOVERNMENT'S MOTION
TO REOPEN CASE AND REINSTATE COMPLAINT
Civil Case No. 05--0991 (DAR)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 29, 2007, I electronically filed the foregoing with the Clerk of the U.S. District Court, for the District of Columbia using the CM/CEF e-filing system which will send notification of such filing to the following email address:

> Paul A. Mussenden
> U.S. Attorney's Office
> Civil Division
> 555 4th Street, NW
> Washington, D.C. 20530
> TEL:  202 514-7143
> FAX: 202 514-8780
> E-mail: Paul.Mussenden@usdoj.gov

                                                  _____/s/_____
                                                   Yvonne Tedards

6

DECLARATION OF YVONNE TEDARDS
IN SUPPORT OF HER OPPOSITION
TO THE GOVERNMENT'S MOTION
TO REOPEN CASE AND REINSTATE COMPLAINT
Civil Case No. 05--0991 (DAR)