UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-0991 (DAR) |
| ) | |
| WILLIAM P. TEDARDS, JR. ) | |
| YVONNE TEDARDS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**PLAINTIFF'S CONSENT MOTION FOR ONE DAY ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff, United States of America, requests a one day enlargement of time, up to and including December 12, 2007, to submit a Reply to Defendants' opposition to Plaintiff's Motion to Reopen and Reinstate Complaint. This is Plaintiff's first request for an enlargement of time for this purpose. Pursuant to LCvR 7.1(m), undersigned counsel conferred with *pro se* Defendants, who provided their consent.

For cause, Plaintiff states as follows:

1. By Minute Order dated December 4, 2007, the Court directed Plaintiff to file a Reply to Defendants' Opposition no later than Tuesday, December 11, 2007.

2. Plaintiff's Reply is substantially complete. However, to finalize the Reply and obtain the necessary supervisory review, an additional day is needed.

3. Given the short one day extension requested, this enlargement should not substantially delay the Court's consideration of the motion.

For the foregoing reasons, Plaintiff respectfully requests that its motion for an enlargement of time be granted.[1]

                                      Respectfully submitted,

                                        /s/
                                      JEFFREY A. TAYLOR, DC Bar #498610
                                      United States Attorney

                                        /s/
                                      RUDOLPH CONTRERAS, DC BAR #434122
                                      Assistant United States Attorney

                                        /s/
                                      PAUL A. MUSSENDEN,
                                      Assistant United States Attorney
                                      Civil Division
                                      555 4th Street, N.W.
                                      Washington, D.C.  20530
                                      (202) 305-4740

December 11, 2007.

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.