UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-0991 (DAR) |
| WILLIAM P. TEDARDS, JR. YVONNE TEDARDS, | ) |
| Defendants. | ) |

**O R D E R**

**UPON CONSIDERATION** of Plaintiff's Consent Motion for a One Day Enlargement of Time, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff shall file a Reply to Defendants' Opposition by not later than December 12, 2007.

**SO ORDERED**.


Dated: _____, 2007. .            _____
                                            UNITED STATES MAGISTRATE JUDGE