**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAR 11 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*United States of America*
Plaintiff(s)

v.

*William P. Tedards, Sr., et al.*
Defendant(s)

Civil Action No. *05-991*

**CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES**

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____                         3-11-08
Attorney for the Plaintiff(s)                         Date

*William P. Tedards*                              *May 11, 2008*   03/11/08
Attorney for the Defendant(s)                         Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

**ORDER OF REFERENCE**
(Robinson)

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United Sates Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_____                         3/11/08
United States District Judge                         Date

NOTE:   RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED
        TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95
Rev 7/99