# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-0991 (DAR) |
| ) | ECF |
| WILLIAM P. TEDARDS, JR. ) | |
| YVONNE TEDARDS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney, Megan M. Weis, as counsel for Plaintiff and Counter Defendant in the above-captioned case.

     /s/_____
MEGAN M. WEIS
Special Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-5134