# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | Civil Action No. 05-0991 (DAR) |
| | ) | ECF |
| WILLIAM P. TEDARDS, JR. | ) | |
| YVONNE TEDARDS, | ) | |
|   Defendants. | ) | |
| _____ | ) | |

## JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE AND FOR EXTENSION OF TIME TO FILE THE PRETRIAL STATEMENT

Plaintiff, the United State of America, and Defendants William P. Tedards, Jr. and Yvonne Tedards, through undersigned counsel, respectfully move this Court pursuant to Fed. R. Civ. P. 16(b) to modify the existing schedule for the filing of the pretrial statement and for the pretrial conference. The grounds for the Parties' joint motion are as follows.

1. The Parties' pretrial statements in the instant case are currently due on August 11, 2008 and the pretrial conference is scheduled for August 20, 2008 at 9:30 a.m.

2. Counsel for the Plaintiff was recently approved to attend training at the National Advocacy Center in Columbia, South Carolina, on pursuing enforcement actions related to the mortgage fraud crisis, and will not return until August 21, 2008.

3. Counsel for Plaintiff conferred with Defendants and confirmed the following alternative dates that both parties are available the following week: Tuesday, August 26th and Thursday, August 28th.

4. Subject to the Court's availability, the Parties respectfully request that the pretrial conference be rescheduled to occur on either of those two dates, or on an alternative date thereafter that is convenient to the Court.

5. The parties also respectfully request a one week extension of the August 11, 2008 due date for each parties' pretrial statements to Monday, August 18, 2008.

A proposed order consistent with the relief requested is attached.

Dated: August 11, 2008

Respectfully submitted,

_/s/_____  
William P. Tedards

_/s/_____  
JEFFREY A. TAYLOR, D.C. Bar #498610  
United States Attorney

_/s/_____  
Yvonne Tedards

_/s/_____  
RUDOLPH CONTRERAS, D.C. BAR #434122  
Assistant United States Attorney

_/s/_____  
PAUL A. MUSSENDEN  
Assistant U.S. Attorney  
United States Attorney's Office  
Civil Division  
555 4th Street, NW  
Washington, D.C. 20530

_/s/_____  
MEGAN M. WEIS  
Special Assistant U.S. Attorney  
United States Attorney's Office  
Civil Division  
555 4th Street, NW  
Washington, D.C. 20530