# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | Civil Action No. 05-0991 (DAR) |
| | ) | ECF |
| WILLIAM P. TEDARDS, JR. | ) | |
| YVONNE TEDARDS, | ) | |
|   Defendants. | ) | |
| _____ | ) | |

## PROPOSED ORDER

Upon consideration of the Parties' Joint Motion to Continue the Pretrial Conference and for Extension of Time to File the Pretrial Statement, and for good cause shown, it is **ORDERED** that

1. The Pretrial Statement shall be filed on or before August 18, 2008;

2. The Pretrial Conference shall be held on _____, 2008 at _____, in Courtroom _____.

It is **SO ORDERED** this _____ day of August 2008.

_____
Hon. Deborah A. Robinson
United States Magistrate Judge