UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) <br>               ) <br>         Plaintiff,        ) <br> v.        ) <br>               ) <br> WILLIAM P. TEDARDS, JR., and        ) <br> YVONNE TEDARDS,        ) <br>               ) <br>        Defendants.        ) <br> _____) | Civil Action No.: <br> 1:05-CV-00991-DAR |

## TEDARDS' RESPONSE TO THE GOVERNMENT'S "NOTICE," FILED AUGUST 19, 2008

The Tedards have made reasonable arrangements to attend the August 22, 2008, 2:00 p.m. pre-trial conference by telephone. The "Notice" the Government has just filed, attempting to force both Mr. And Mrs. Tedards to travel across the country for two days unnecessarily, misstates the language and intent of Fed.R.Civ.Proc. 16, misrepresents several facts, and omits other relevant facts.

  1.  Rule 16(e) does not state that attendance by counsel or parties must be "in person." The term "in person" does not appear anywhere in Rule 16. The annotation to the Rule states: "[w]hen a party or its representative is not present it is enough to be reasonably available by any suitable means, whether telephone or other

communication device." Thomson/West, Federal Civil Judicial Procedure and Rules, 2008 Revised Edition, 2007 Amendment to Rule 16 at p. 111.

2.   On page 1, the "Notice" states: "Defendant William Tedards suggested to undersigned that only he will attend, and that such attendance would be by telephone only." That is not true. William Tedards told counsel for the Government the he would seek permission from the Court for <u>both</u> he and Mrs. Tedards to attend by telephone.

3.   On page 2, the "Notice" refers to "Defendants ever changing representations to the Plaintiff, mediators, and this Court about dispositive issues, especially when only one Defendant speaks for both." The last comment is irrelevant, since <u>both</u> Mr. And Mrs. Tedards are attending the August 22 pre-trial conference. More generally, the mediated settlement in this matter (which is what the author is referring to) broke down because counsel for the Government tried to "stonewall" Mrs. Tedards with irrelevant non-negotiable demands, instead of just finalizing the agreement in good faith. The settlement did <u>not</u> break down because the Tedards were talking to counsel on the telephone, rather than in person.

4.   Also on page 2, the "Notice" states that both Mr. and Mrs. Tedards should be forced to travel across the country to "ensure that they are taking this case seriously" and to provide "a better opportunity to obtain binding representations" from them as to their intentions for trying the case. This comment is nonsensical.

The Tedards have filed their pretrial statement detailing their plans for trying the case, and any further representations they may make at the pretrial conference will be just as binding whether delivered by telephone or in person.

5.  Finally, counsel for the Government is well aware of, but has chosen to ignore, the special facts and circumstances which would make this particular trip an unusual hardship for the Tedards.  Apart from the expense and burden of an extra overnight cross-country trip, counsel is aware that Mrs. Tedards is recovering from a broken leg (walking with a cane and a large boot) and that the Tedards have four young children who would have to be placed in the care of other families for two days in order to do this in person.

For the foregoing reasons, the Tedards request that the Government's predatory demand that the Tedards be forced to attend the pretrial conference in person be denied.

DATED: August 19, 2008                    Respectfully submitted,

                                          WILLIAM P. TEDARDS, JR.

                                          /s/
                                          _____
                                          William P. Tedards, Jr. (#143636)
                                          6380 E. Miramist Place
                                          Tucson, AZ 85750
                                          TEL:  202 797-9135

4

YVONNE TEDARDS

/s/

_____

Yvonne Tedards
6380 E. Miramist Place
Tucson, AZ 85750
TEL:  202 797-9135