**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff/Counter Defendant )<br>)<br>v. )<br>WILLIAM P. TEDARDS, JR. and )<br>YVONNE TEDARDS, )<br>)<br>Defendants/Counter Claimants. )<br>_____ ) | Civil Action No. 05-0991 (DAR)<br>ECF |

**ORDER**

**UPON CONSIDERATION** of Plaintiff's Consent Motion to Strike Demand for Jury Tria and Plaintiff's Unopposed Motion to Bifurcate Defendants' Counterclaim and Hear Evidence of That Claim First, and for good cause shown, it is hereby:

**ORDERED** that the Consent Motion to Strike Demand for Jury Trial motion is **GRANTED**, and it is

**FURTHER ORDERED** that Defendants' jury trial demand is hereby stricken from the record and all issues shall be tried by the Court in a bench trial; and it is

**FURTHER ORDERED** that a separate trial of Defendants' counterclaim shall be heard by the Court first.

**SO ORDERED** this _____ day of _____ 2008.

_____
Magistrate Judge Deborah A. Robinson
United States District Court