## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                  ) | |
|    Plaintiff/Counter Defendant   ) | |
|                  ) | |
|    v.            ) | Civil Action No. 05-0991 (DAR) |
| WILLIAM P. TEDARDS, JR. and   ) | ECF |
| YVONNE TEDARDS,            ) | |
|                  ) | |
|    Defendants/Counter Claimants.  ) | |
|                  ) | |

## ORDER

Upon consideration of Plaintiff's Motion for Leave to Amend Complaint, the memorandum and exhibits filed in support thereof, it is hereby

**ORDERED** that Plaintiff's Motion for Leave to Amend Complaint is GRANTED; and it is further

**ORDERED** that the Clerk of Court shall file Plaintiff's Amended Complaint.

It is **SO ORDERED** this _____ day of _____ 2008.

                _____
                Hon. Deborah A. Robinson
                United States Magistrate Judge