UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff,<br><br>　v.<br><br>WILLIAM P. TEDARDS, JR., et al.,<br><br>　Defendants. | Civil Action No.  05-0991<br>DAR |

Appearances:　　Paul Mussenden
　　　　　　　　Megan M. Weis, Special Assistant
　　　　　　　　　United States Attorney
　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　Washington, DC 20530


　　　　　　　　Counsel for Plaintiff



　　　　　　　　William P. Tedards, Jr., Pro Se
　　　　　　　　Yvonne Tedards, Pro Se
　　　　　　　　6380 E. Miramist Place
　　　　　　　　Tucson, AZ 85750

United States of America v. Tedards, et al.                                                                 2

# FINAL PRETRIAL ORDER

Counsel for the parties appeared before the undersigned United States Magistrate Judge on August 20, 2008 for a pretrial conference. Trial is scheduled to commence on September 15, 2008.

The instant order is entered pursuant to Rule 16(e) of the Federal Rules of Civil Procedure, and shall control the subsequent course of this action unless modified by further order.

**Nature of the Cause of Action; the Parties' Contentions; Amendment of pleadings**

Motion *in Limine*

United States of America v. Tedards, et al. 3

**Exhibits**

**Witnesses**

It is

**SO ORDERED**.

/s/
DEBORAH A. ROBINSON
United States Magistrate Judge