UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>WILLIAM P. TEDARDS, JR., et al.,<br><br>   Defendants. | Civil Action No.  05-0991<br>                      DAR |

Appearances:   Paul Mussenden, Esquire
               Megan M. Weis, Esquire
               United States Attorney's Office
               555 Fourth Street, N.W.
               Washington, DC 20530

               Counsel for Plaintiff


               William P. Tedards, Jr., *pro se*
               Yvonne Tedards, *pro se*
               6380 E. Miramist Place
               Tucson, AZ 85750

United States of America v. Tedards, et al.                                                                 2

## FINAL PRETRIAL ORDER

On August 22, 2008, counsel for Plaintiff appeared in court, and Defendants, with leave of the court, appeared by telephone, for the final pretrial conference. A bench trial (*see* August 21, 2008 Minute Order) is scheduled to commence on September 15, 2008.

The instant order, articulated on the record at the final pretrial conference, and supplemented in accordance with the memorandum filed by Plaintiff on August 27, 2008, is entered, is entered pursuant to Rule 16(e) of the Federal Rules of Civil Procedure, and shall control the subsequent course of this action unless modified by further order.

**Nature of the Cause of Action; the Parties' Contentions**

Trial will proceed with respect to (1) Count I of Plaintiff's Complaint;[1] and (2) both counts of Defendants' Counterclaim.

Absent stipulations filed by all parties, no facts will be deemed to have been established.[2]

**Exhibits**

The exhibit lists included in the parties' pretrial statements are incorporated herein. All exhibits which have not yet been exchanged shall be exchanged by no later than August 29, 2008.

---

[1] Memorandum in Support of Plaintiff's Motion for Leave to Amend Complaint at 3-4. Plaintiff's Motion for Leave to Amend Complaint (Document No. 51) is not yet ripe, and accordingly, remains pending.

[2] *Contra* Plaintiff's Pretrial Statement (Document No. 46) at 4-10.

United States of America v. Tedards, et al.                                                                3

**Witnesses**

_____    The exhibit lists included in the parties' pretrial statements are incorporated herein.

_____

It is

**SO ORDERED**.

                                        /s/
                                  DEBORAH A. ROBINSON
                                United States Magistrate Judge

September 3, 2008
(*Nunc pro tunc* to August 22, 2008)