UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil Action No.: |
| ) | 1:05-CV-00991-DAR |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| WILLIAM P. TEDARDS, JR., and ) | |
| YVONNE TEDARDS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**FINANCIAL DAMAGE SPECIFICATION OF DEFENDANTS WILLIAM AND YVONNE TEDARDS**

The Tedards' affirmative defense and counterclaim damages stem from three sources: (1) contractual repair and maintenance obligations of the Office of Foreign Missions (OFM) which the Tedards were forced to perform in 2002-2004 because the OFM could not or would not perform them (EXHIBIT 1); (2) amounts by which the OFM has been unjustly enriched by necessary replacements of faulty equipment by the Tedards and improvements which were added by the Tedards with the permission of the OFM, all of which were left in the property for the use of the OFM and its succeeding tenants (EXHIBIT 2); and (3) damage to the personal property of the Tedards caused by the OFM's refusal to make necessary repairs (EXHIBIT 3).

The Tedards are also prepared to defend against the government's "restoration" cost claim, if that claim remains in the case. EXHIBIT 4 is a table detailing their position with respect to each item of the government's "restoration" cost claim. Essentially, of the $10,905.27 claimed by the government (column headed "Total"), $7,020.50 is comprised of items which are clearly improper (column headed "OFM"), $3,715.33 is comprised of items which raise issues of fact to be determined (column headed "Contested"), and $169.44 is composed of items which are clearly legitimate (column headed "Tedards").

DATED: September 3, 2008                Respectfully submitted,

                                        WILLIAM P. TEDARDS, JR.

                                        /s/

                                        _____
                                        William P. Tedards, Jr. (#143636)
                                        6380 E. Miramist Place
                                        Tucson, AZ 85750
                                        TEL: 520 577-9880

                                        YVONNE TEDARDS

                                        /s/

                                        _____
                                        Yvonne Tedards
                                        6380 E. Miramist Place
                                        Tucson, AZ 85750
                                        TEL: 520 577-9880