EXHIBIT 1  
FINANCIAL DAMAGE SPECIFICATION  
 OF DEFENDANTS WILLIAM AND YVONNE TEDARDS  
Case No. 1:05-CV-00991-DAR

TEDARDS REPORT ON REPAIRS  
2002-2004

September 3, 2008

|   |   |   |   | AMOUNT | DEDUCTIBLE | OFFSET |
|---|---|---|---|---:|---:|---:|
| **APPLIANCE REPLACEMENT (no deductible)** | | | | | | |
| 1 | 7/10/2003 | Bray & Scarff | dishwasher | 1,221.37 | - | 1,221.37 |
| 2 | 12/30/2003 | Bray & Scarff | cooktop | 1,758.75 | - | 1,758.75 |
|   | 1/7/2004 | Bray & Scarff | installation | 45.00 | - | 45.00 |
|   |   |   |   |   |   | - |
| **STRUCTURAL REPAIRS (no deductible)** | | | | | | |
| 1 | 9/26/2003 | Overhead Door | garage coil | 94.12 | - | 94.12 |
|   |   |   |   |   |   | - |
| 2 | 9/26/2003 | CBS | broken water line | 145.00 | - | 145.00 |
|   |   |   |   |   |   | - |
| **ELECTRICAL (no deductible)** | | | | | | - |
| 4a | 4/22/2003 | Maurice | replaced outdoor balcony | 45.37 | - | 45.37 |
| 4b | 4/23/2003 | Reed | fixtures; matching 4th floor | 272.53 | - | 272.53 |
| 4c | 6/6/2003 | Crescent | fixture; replaced 2 fixtures in | 1,646.95 | - | 1,646.95 |
| 4d | 4/17/2003 | Reed | garage; attic fans replaced | 341.27 | - | 341.27 |
| 4e | 8/7/2003 | Crescent | "                              " | 1,288.73 | - | 1,288.73 |
| 4f | 9/16/2003 | Crescent | "                              " | 1,368.72 | - | 1,368.72 |
|   |   |   |   |   |   | - |
| **WATER LEAKS (no deductible)** | | | | | | |
| 1 | 6/16/2003 | Carlos Carico | wet wall; ants; garage leak | 350.00 | - | 350.00 |
|   |   |   | front doors |   |   | - |
| 2 | 6/30/2003 | Strosniders | dehumidifier | 293.90 | - | 293.90 |
|   | 7/3/2003 | N. Herrera | carpet cleaning | 300.00 | - | 300.00 |
|   |   |   |   |   |   | - |
| 3 | 7/17/2003 | I. Garcia | repair water leaks; paint front | 400.00 | - | 400.00 |
|   |   |   | sitting room |   |   |   |
| **OTHER REPAIRS ($200 deductible)** | | | | | | |
| 1 | 2/18/2003 | CBS | repaired toilets | 208.85 | 200.00 | 8.85 |

**EXHIBIT 1**  
FINANCIAL DAMAGE SPECIFICATION  
 OF DEFENDANTS WILLIAM AND YVONNE TEDARDS  
Case No. 1:05-CV-00991-DAR  

TEDARDS REPORT ON REPAIRS  
2002-2004  

September 3, 2008

|  |  |  | | **AMOUNT** | **DEDUCTIBLE** | **OFFSET** |
|---|---|---|---|---:|---:|---:|
|  |  |  |  |  |  | - |
| 2 | 4/10/2003 | CBS | 2nd floor heat pump quit |  |  | - |
|  |  |  | working | 319.38 | 200.00 | 119.38 |
|  |  |  |  |  |  | - |
| 3a | 6/12/2003 | I. Garcia | towel bar kept falling off; | 375.00 | 200.00 | 175.00 |
|  |  |  | TP roll falling off; closet shelf; replaced missing hardware; replaced outlets; repair water-damaged ceiling |  |  |  |
| 3b | 6/26/2003 | Brass Knob | supplies | 58.16 | - | 58.16 |
| 3c | 6/27/2004 | Strosniders | supplies | 140.98 | - | 140.98 |
| 3d | 7/11/2003 | I. Garcia | handyman | 300.00 | - | 300.00 |
| 3e | 7/11/2003 | I. Garcia | handyman | 139.29 | - | 139.29 |
| 3f | 7/17/2003 | I. Garcia | handyman | 160.00 | - | 160.00 |
|  |  |  |  |  |  | - |
|  | **Total** |  |  | **11,273.37** | **600.00** | **10,673.37** |