**EXHIBIT 2**                                TEDARDS REPORT ON UNJUST ENRICHMENT                         9/3/2008
FINANCIAL DAMAGE SPECIFICATION
OF DEFENDANTS WILLIAM AND YVONNE TEDARDS
Case No. 1:05-CV-00991-DAR

**UNJUST ENRICHMENT - REPAIRS AND REPLACEMENTS LEFT IN PROPERTY**

| # | Date | Vendor | Description | Amount |
|---|------|--------|-------------|--------|
| 1 | 1996 | Ochoa | 1/2 kitchen | 3,500.00 |
| 2 | 1996 | Ochoa | 120V, 20 AMP Circuit | 234.80 |
| 3 | 1996 | Ochoa | light switches; dimmers | 291.64 |
| 4 | 1996 | Ochoa | renovate bar | 549.00 |
| 5 | 1996 | Ochoa | 3rd floor plexiglass | 210.00 |
| 6 | 1996 | Ochoa | reinforce ceilings dining room; sitting room; stairwells | 2,925.00 |
| 7a | 1996 | Alpha Interiors | mini blinds | 1,402.70 |
| 7b | 1996 | Next Day Blinds | add'l blinds | 65.57 |
| 8 | 1996 | Columbia Glass | wall mirrors: powder room, lower level guest room | 1,402.70 |
| 9 | 1996 | Sentry Installation | new jacks; connect door bell to enunciation system; install door phones | 500.00 |
| 10 | 1996 | Crescent Electric | wall switch dimmers (3-way; 4-way) | 200.00 est |
| 11 | 1999 | Cedar Fences | new fence (hurricane damage) | 1,000.00 |
|  | 1999 | Kephart & Co | survey (huricane damage) | 167.50 |
| 12 | 1996 | Cain Security | alarm system | 2,580.39 |
|  | 1996 | Cain Security | motion detector | 110.00 |
| 13 | 5/31/99 | Eagle Mat | balcony surface mats | 3,402.59 |
|  | 1999 | E. Erazo | installation of mats | 300.00 |

| | | | | | |
|---|---|---|---|---|---|
| **EXHIBIT 2** | | | TEDARDS REPORT ON UNJUST ENRICHMENT | | 9/3/2008 |

FINANCIAL DAMAGE SPECIFICATION
OF DEFENDANTS WILLIAM AND YVONNE TEDARDS
Case No. 1:05-CV-00991-DAR

**UNJUST ENRICHMENT - REPAIRS AND REPLACEMENTS LEFT IN PROPERTY**

| 14 | 2000-2001 | | grasses, ivy, pines; hanokis (Sm) | 250.00 | est |
| | 2003-2004 | | hanoki (L); japanese red maple | 900.00 | est |
| | | | | | |
| 15 | 07/2003 | Sports Authority | basketball hoop | 395.65 | |
| | 07/2003 | I. Garcia | install basketball hoop | 300.00 | |
| | | | | | |
| **TOTAL** | | | | **20,687.54** | |