| EXHIBIT 3 | | TEDARDS REPORT ON DAMAGE TO PERSONAL PROPERTY AND OTHER OFFSETS | | | | 9/3/2008 |
|---|---|---|---|---|---|---|

FINANCIAL DAMAGE SPECIFICATION
OF DEFENDANTS WILLIAM AND YVONNE TEDARDS
Case No. 1:05-CV-00991-DAR

| | **DAMAGE TO TEDARDS' PROPERTY CAUSED BY VERMIN AND WATER LEAKS (no deductible)** | | | AMOUNT | DEDUCTIBLE | TOTAL |
|---|---|---|---|---|---|---|
| 1 | 3/28/2001 | Urban Country | replacement slipcovers | 1,900.00 | - | 1,900.00 |
| | | | *2008 cost: $1,900 | | | - |
| | | | | | | - |
| 2 | 3/28/2001 | rug repair | Gabbeh oriental rug repair | 500.00 | - | 500.00 |
| | | | *shorten 3 in. and refringe | | | |
| | | | *estimate $250-$800 | | | - |
| | | | | | | - |
| 3 | 2/11/2004 | Sumner Place Shoes | shoe repair | 65.00 | - | 65.00 |
| | | | | | | - |
| | **OTHER OFFSETS (no deductible)** | | | | | - |
| 1 | 03/12/03-07/12/04 | Action Env | vermin; insect infestation | 1,350.00 | - | 1,350.00 |
| | | | $75/MO x 18mos | | | - |
| 2 | MAR2004-AUG2004 | $5,400 rent | 25% discount [$1,350.00] x 6 | 8,100.00 | - | 8,100.00 |
| | | | | | | - |
| 3 | Apr-04 | $1,984.57 rent due | improper calculation on rent | 257.90 | - | 257.90 |
| | | $99.20 late fee | claimed by OFM | 12.87 | - | 12.87 |
| | | | [$1,726.67+86.33=$1,813.00] | | | |
| 4 | Aug-04 | $5,400 rent | prorated August 2004 rent to | 1,393.55 | - | 1,393.55 |
| | | $270 late fee | date of termination [08/23/08] | 69.69 | - | 69.69 |
| | | | [$4,006.45+200.31=$4,206.68] | | | |

**EXHIBIT 3**     TEDARDS REPORT ON DAMAGE TO PERSONAL PROPERTY AND OTHER OFFSETS     9/3/2008
FINANCIAL DAMAGE SPECIFICATION
OF DEFENDANTS WILLIAM AND YVONNE TEDARDS
Case No. 1:05-CV-00991-DAR

| | **DAMAGE TO TEDARDS' PROPERTY CAUSED BY VERMIN AND WATER LEAKS (no deductible)** | | | **AMOUNT** | **DEDUCTIBLE** | **TOTAL** |
|---|---|---|---|---|---|---|
| 5 | MAR 1996 - FEB 2002 | 1996 $70 | additional interest on $3,500 deposit | 70.00 | - | 70.00 |
| | | 1997 $70 | at prevailing annual interest rate | 75.60 | - | 75.60 |
| | | 1998 $70 | compounded at 4% [$4,605.75] instead | 81.42 | - | 81.42 |
| | | 1999 $70 | of 2% | 87.48 | - | 87.48 |
| | | 2000 $70 | | 93.78 | - | 93.78 |
| | | 2001 $70 | | 100.33 | - | 100.33 |
| | | 2002 $70 | | 107.14 | - | 107.14 |
| **Total** | | | | **14,264.76** | **-** | **14,264.76** |