| EXHIBIT 4 | | TEDARDS REPORT ON RESTORATION CHARGES | | | | | | 9/3/2008 |

FINANCIAL DAMAGE SPECIFICATION
OF DEFENDANTS WILLIAM AND YVONNE TEDARDS
Case No. 1:05-CV-00991-DAR

| | WAXEL CONSTRUCTION RENOVATION COSTS | | | | Contested | TEDARDS | OFM |
|---|---|---|---|---|---|---|---|
| | Task | Qty | Cost Ea. | Total | | | |
| 1 | Patch 546 holes | 546 | 2.55 | 1,392.30 | 1,392.30 | - | |
| 2 | Patch additional holes and joints | 120 | 2.55 | 306.00 | 306.00 | - | |
| 3 | Remove trash from front entrance | 1 | 25.00 | 25.00 | | - | 25.00 |
| 4 | repair faucet leak | 1 | 45.70 | 45.70 | | - | 45.70 |
| 5 | clean faucet areator | 1 | 12.00 | 12.00 | | - | 12.00 |
| 6 | Purchase materials and replace ceiling tiles in kitchen | 2 | 10.01 | 20.02 | | 20.02 | |
| 7 | Purchase materials and repair baseboard water damage in MBR closet | 10 | 7.20 | 72.00 | | - | 72.00 |
| 8 | Purchase materials and repair baseboard water damage in MBR closet | 10 | 7.20 | 72.00 | | - | 72.00 |
| 9 | Prime pale green room | 400 | 0.44 | 176.00 | 176.00 | | |
| 10 | Prime lavender room | 700 | 0.44 | 308.00 | 308.00 | | |
| 11 | Prime Kitchen | 400 | 0.44 | 176.00 | 176.00 | | |
| 12 | Purchase and install towel bar | 4 | 51.00 | 204.00 | | - | 204.00 |
| 13 | Purchase and install toilet paper holder | 4 | 48.00 | 192.00 | | - | 192.00 |
| 14 | Remove stars/circles from walls | 22 | 2.55 | 56.10 | | 56.10 | |
| 15 | Remove pencil scribbling | 1 | 5.00 | 5.00 | | 5.00 | |
| 16 | install toilet seat and cover | 1 | 70.00 | 70.00 | | - | 70.00 |
| 17 | Purchase and replace closet rod in 3rd floor closet | 1 | 48.00 | 48.00 | 48.00 | | |
| 18 | Purchase and replace floor vent | 1 | 15.64 | 15.64 | | - | 15.64 |
| 19 | Adjust closet door | 1 | 30.20 | 30.20 | | - | 30.20 |
| 20 | Remove man figure [from door] | 1 | 12.44 | 12.44 | | 12.44 | |
| 21 | Remove 12 black stickers | 12 | 2.55 | 30.60 | | 30.60 | |
| 22 | Remove 2 girl figures on door | 2 | 12.44 | 24.88 | | 24.88 | |
| 23 | Purchase and install new closet door between MBR and sitting room | 1 | 175.00 | 175.00 | | - | 175.00 |
| 24 | Install existing door located in basement utility room, modify and install in room on 3rd fl | 2 | 175.00 | 350.00 | | - | 350.00 |
| 25 | adjust side window | 1 | 20.10 | 20.10 | | - | 20.10 |
| 26 | Purchase materials and repair baseboard water damage in living/dining area | 15 | 7.20 | 108.00 | | - | 108.00 |
| 27 | Remove curtain rod | 1 | 7.13 | 7.13 | 7.13 | - | |

**EXHIBIT 4**  TEDARDS REPORT ON RESTORATION CHARGES  9/3/2008
FINANCIAL DAMAGE SPECIFICATION
 OF DEFENDANTS WILLIAM AND YVONNE TEDARDS
Case No. 1:05-CV-00991-DAR

| | WAXEL CONSTRUCTION RENOVATION COSTS | NOTES |
|---|---|---|
| | **Task** | |
| 1 | Patch 546 holes | dispute |
| 2 | Patch additional holes and joints | dispute |
| 3 | Remove trash from front entrance | no trash left on premises |
| 4 | repair faucet leak | no leak; normal wear and tear |
| 5 | clean faucet areator | normal wear and tear |
| 6 | Purchase materials and replace ceiling tiles in kitchen | |
| 7 | Purchase materials and repair baseboard water damage in MBR closet | preexisting, ongoing damage |
| 8 | Purchase materials and repair baseboard water damage in MBR closet | preexisting, ongoing damage |
| 9 | Prime pale green room | |
| 10 | Prime lavender room | |
| 11 | Prime Kitchen | |
| 12 | Purchase and install towel bar | towel bar left in cabinet |
| 13 | Purchase and install toilet paper holder | toilet paper holder left in cabinet |
| 14 | Remove stars/circles from walls | |
| 15 | Remove pencil scribbling | |
| 16 | install toilet seat and cover | preexisting, ongoing damage |
| 17 | Purchase and replace closet rod in 3rd floor closet | dispute |
| 18 | Purchase and replace floor vent | no vents missing |
| 19 | Adjust closet door | preexisting; ongoing damage |
| 20 | Remove man figure [from door] | |
| 21 | Remove 12 black stickers | |
| 22 | Remove 2 girl figures on door | |
| 23 | Purchase and install new closet door between MBR and sitting room | preexisting, door; in OFM storage |
| 24 | Install existing door located in basement utility room, modify and install in room on 3rd fl | NO CHARGE per OFM; 3rd fl door in basement |
| 25 | adjust side window | NO CHARGE per OFM |
| 26 | Purchase materials and repair baseboard water damage in living/dining area | preexisting; ongoing damage |
| 27 | Remove curtain rod | |

**EXHIBIT 4**  
FINANCIAL DAMAGE SPECIFICATION  
OF DEFENDANTS WILLIAM AND YVONNE TEDARDS  
Case No. 1:05-CV-00991-DAR

TEDARDS REPORT ON RESTORATION CHARGES

9/3/2008

| | WAXEL CONSTRUCTION RENOVATION COSTS | | | | Contested | TEDARDS | OFM |
|---|---|---|---|---|---|---|---|
| | Task | Qty | Cost Ea. | Total | | | |
| 28 | install closet rod | 1 | 48.00 | 48.00 | 48.00 | - | |
| 29 | remove 2 black shelves | 2 | 7.13 | 14.26 | | - | 14.26 |
| 30 | Install toilet paper holder from ones removed on 2nd fl and install on 1st fl bathroom | 1 | 48.00 | 48.00 | 48.00 | - | |
| 31 | recaulk sink in bathroom on third floor | 1 | 55.00 | 55.00 | | - | 55.00 |
| 32 | install new shelves and closet rod in room on 3rd floor | 1 | 112.00 | 112.00 | 112.00 | - | |
| 33 | prime family room | 722 | 317.88 | 264.00 | 264.00 | - | |
| 34 | remove disks on ceiling | 8 | 2.55 | 20.40 | | 20.40 | |
| 35 | prime bathroom | 100 | 0.44 | 44.00 | 44.00 | - | |
| 36 | recaulk shower stall in third floor bathroom | 1 | 75.00 | 75.00 | | - | 75.00 |
| 37 | clean shower tracks in first floor bathroom | 1 | 22.00 | 22.00 | 22.00 | - | |
| 38 | install towel bar in basement bathroom | 1 | - | - | | - | |
| 39 | replace toilet tank cover | 1 | 44.00 | 44.00 | | | 44.00 |
| 40 | prime hallway | 275 | 0.44 | 121.00 | 121.00 | - | |
| 41 | prime stairway | 275 | 0.44 | 121.00 | | - | 121.00 |
| 42 | clean out garage | 1 | 75.00 | 75.00 | | - | 75.00 |
| 43 | patch large area in ceiling | 10 | 5.35 | 53.50 | | - | 53.50 |
| 44 | dispose of HAZMAT in garage | 1 | 225.00 | 225.00 | 112.50 | - | 112.50 |
| 45 | install house numbers | 2 | 75.00 | 150.00 | | - | 150.00 |
| 46 | clean attic | 1 | 125.00 | 125.00 | | - | 125.00 |
| 47 | repair areas where wiremold was adhered to walls on 3rd fl | 32 | 7.20 | 230.40 | 230.40 | - | |
| 48 | replace screening on up to 5 windows | 5 | 43.00 | 215.00 | | - | 215.00 |
| 49 | replace up to 5 double pane window glass | 5 | 251.00 | 1,255.00 | | - | 1,255.00 |
| | **subtotal** | | | 7,271.67 | | | |

| | | | |
|---|---|---|---|
| **EXHIBIT 4** | | TEDARDS REPORT ON RESTORATION CHARGES | 9/3/2008 |

FINANCIAL DAMAGE SPECIFICATION
 OF DEFENDANTS WILLIAM AND YVONNE TEDARDS
Case No. 1:05-CV-00991-DAR

| | **WAXEL CONSTRUCTION RENOVATION COSTS** | **NOTES** |
|---|---|---|
| | **Task** | |
| 28 | install closet rod | |
| 29 | remove 2 black shelves | NO CHARGE per OFM |
| 30 | Install toilet paper holder from ones removed on 2nd fl and install on 1st fl bathroom | |
| 31 | recaulk sink in bathroom on third floor | normal wear and tear |
| 32 | install new shelves and closet rod in room on 3rd floor | dispute |
| 33 | prime family room | dispute |
| 34 | remove disks on ceiling | |
| 35 | prime bathroom | dispute |
| 36 | recaulk shower stall in third floor bathroom | normal wear and tear/preexisting |
| 37 | clean shower tracks in first floor bathroom | normal wear and tear/preexisting |
| 38 | install towel bar in basement bathroom | towel bar left in cabinet/preexisting |
| 39 | replace toilet tank cover | NO CHARGE per OFM; preexisting; OFM vendor took broken lid |
| 40 | prime hallway | dispute (see item #41] |
| 41 | prime stairway | NO CHARGE per OFM |
| 42 | clean out garage | items left in garage belonged to house |
| 43 | patch large area in ceiling | hole left by prior OFM repair |
| 44 | dispose of HAZMAT in garage | OFM left paint/Tedards left paint |
| 45 | install house numbers | old sign fell off - left in garage |
| 46 | clean attic | Tedards never in attic |
| 47 | repair areas where wiremold was adhered to walls on 3rd fl | improvement |
| 48 | replace screening on up to 5 windows | preexisting, ongoing damage |
| 49 | replace up to 5 double pane window glass | preexisting, ongoing damage |
| | **subtotal** | |

**EXHIBIT 4**  TEDARDS REPORT ON RESTORATION CHARGES                          9/3/2008
FINANCIAL DAMAGE SPECIFICATION
OF DEFENDANTS WILLIAM AND YVONNE TEDARDS
Case No. 1:05-CV-00991-DAR

| | WAXEL CONSTRUCTION RENOVATION COSTS | | | | Contested | TEDARDS | OFM |
|---|---|---|---|---|---|---|---|
| | Task | Qty | Cost Ea. | Total | | | |
| | **Electrical** | | | | | | |
| 50 | install 18 new light fixtures | 26 | 48.00 | 1,248.00 | | - | 1,248.00 |
| 51 | remove MBR bath light fixtures and repair drywall | 2 | 75.00 | 150.00 | | - | 150.00 |
| 52 | remove hall bath light fixture and repair drywall | 1 | 50.00 | 50.00 | | - | 50.00 |
| 53 | remove undercabinet lighting in kitchen | 2 | 25.00 | 50.00 | | - | 50.00 |
| 54 | purchase and replace dimmer switch with regular swith | 1 | 30.00 | 30.00 | | - | 30.00 |
| 55 | drywall repairs to ceiling where original light boxes were converted to rececessed lights | 5 | 42.52 | 212.60 | | - | 212.60 |
| 56 | purchased and replaced dimmer switch in dining room | 1 | 50.00 | 50.00 | | - | 50.00 |
| 57 | labor charge for purchasing light fixtures | 4 | 42.00 | 168.00 | | - | 168.00 |
| 58 | repaired drywall under stairs and installed cover plate for electrical box in basement | 1 | 50.00 | 50.00 | | - | 50.00 |
| 59 | repaired, purchased and replaced motor to exhaust fan in basement bath | 1 | 225.00 | 225.00 | | - | 225.00 |
| 60 | purchased and repaired broken receptable on 3rd floor | 1 | 50.00 | 50.00 | | - | 50.00 |
| 61 | purchased materials, repaired and/or relamped 15 | 15 | 42.00 | 630.00 | | - | 630.00 |
| 62 | purchased and installed front door Aiphone intercom control | 1 | 120.00 | 120.00 | | - | 120.00 |
| 63 | purchased materials and repaired door bell system | 1 | 120.00 | 120.00 | | - | 120.00 |
| 64 | demo computer cabling and wiremold on 2nd floor | 1 | 90.00 | 90.00 | 90.00 | - | |
| 65 | demo computer cabling and wiremold on 3rd floor | 1 | 90.00 | 90.00 | 90.00 | - | |
| 66 | demo duplex receptable and wire mold on 3rd floor | 1 | 120.00 | 120.00 | 120.00 | - | |
| 67 | troubleshoot kitchen disposal-checked voltage and proper wiring to motor and switch | 1 | 30.00 | 30.00 | | - | 30.00 |
| 68 | troubleshoot 4 garage fixtures-check ballasts; replaced tubes w/improper wattage | 4 | 37.50 | 150.00 | | - | 150.00 |
| | | | | 3,633.60 | | | |
| | **TOTAL** | | | | 10,905.27 | 3,715.33 | 169.44 | 7,020.50 |

| EXHIBIT 4 | TEDARDS REPORT ON RESTORATION CHARGES | 9/3/2008 |
|---|---|---|

FINANCIAL DAMAGE SPECIFICATION
 OF DEFENDANTS WILLIAM AND YVONNE TEDARDS
Case No. 1:05-CV-00991-DAR

| | WAXEL CONSTRUCTION RENOVATION COSTS | NOTES |
|---|---|---|
| | **Task** | |
| | **Electrical** | |
| 50 | install 18 new light fixtures | fixtures in OFM storage |
| 51 | remove MBR bath light fixtures and repair drywall | original condition |
| 52 | remove hall bath light fixture and repair drywall | original condition |
| 53 | remove undercabinet lighting in kitchen | undercabinet lighting functioning |
| 54 | purchase and replace dimmer switch with regular swith | all dimmer switches functioning |
| 55 | drywall repairs to ceiling where original light boxes were converted to rececessed lights | recessed lights never installed by Tedards |
| 56 | purchased and replaced dimmer switch in dining room | recessed lights never installed by Tedards |
| 57 | labor charge for purchasing light fixtures | original fixtures in OFM storage |
| 58 | repaired drywall under stairs and installed cover plate for electrical box in basement | original fixture; original drywall |
| 59 | repaired, purchased and replaced motor to exhaust fan in basement bath | preexisting; OFM refused to repair/replace |
| 60 | purchased and repaired broken receptable on 3rd floor | unknown |
| 61 | purchased materials, repaired and/or relamped 15 | preexisting; OFM repaired poorly |
| 62 | purchased and installed front door Aiphone intercom control | nonfunctional in 1996 |
| 63 | purchased materials and repaired door bell system | nonfunctional in 1996 |
| 64 | demo computer cabling and wiremold on 2nd floor | improvement |
| 65 | demo computer cabling and wiremold on 3rd floor | improvement |
| 66 | demo duplex receptable and wire mold on 3rd floor | improvement |
| 67 | troubleshoot kitchen disposal-checked voltage and proper wiring to motor and switch | disposal operational |
| 68 | troubleshoot 4 garage fixtures-check ballasts; replaced tubes w/improper wattage | prior OFM repair; 2 fixtures new in 2003/04 |
| | **TOTAL** | |