UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                     )<br>                          Plaintiff,      )<br>                                                     )<br>v.                                                  )<br>                                                     )<br>WILLIAM P. TEDARDS, JR., and    )<br>YVONNE TEDARDS,                      )<br>                                                     )<br>                          Defendants.   )<br>_____) | Civil Action No.:<br>1:05- CV-0991 (DAR) |

### TEDARDS' VERIFIED MOTION TO COMPEL THE GOVERNMENT TO UPDATE AND FINALIZE ITS WITNESS AND EXHIBIT LISTS

On August 18, 2008, the parties filed their pre-trial statements, which included their lists of witnesses and exhibits. On August 22, the Court conducted the final pretrial conference. On August 27-29, the parties exchanged their exhibits. At that point, the case should have been ready for trial.

Since that point, the Government has begun to contact friends and landlords of the Tedards in Tucson, in an obvious attempt to obtain negative information about the Tedards, presumably for use at the trial. We say "presumably" because it is hard to see how a friend or landlord of the Tedards in Tucson could have information

1

TEDARDS' MOTION TO
COMPEL THE GOVERNMENT TO UPDATE
AND FINALIZE ITS WITNESS AND EXHIBIT LISTS
Civil Case No. 05-0991 (DAR)

relevant to this breach of contract action concerning events ending in 2004, when the Tedards were living in Washington, D.C.

The first indication of this activity occurred on August 28, 2008, when the Tedards received notice, via email, that the Government, working through the U.S. Attorney's Office in Tucson, had subpoenaed all of the records of Foothills Properties relating to the Tedards. Foothills is a property management company in Tucson who managed the home that the Tedards leased in Tucson from 2004 through mid-2008.

On September 4, 2008, Yvonne Tedards emailed Paul Mussenden and Megan Weis, counsel for the Government, and made the simple request that they provide the Tedards with a copy of the documents they obtained. The Tedards are not aware of any information in their Foothills file which could possibly support the Government's position, or even relate to the issues, but they are entitled to see new material that the Government is now assembling, ten days before trial, for use in the case. Mr. Mussenden refused.

Yesterday, the Tedards were visited by Albert Moussa, a friend and neighbor from whom they lease their current home. He told them that he had received a call on his cell phone from a man who identified himself as a United States attorney. Mr. Moussa, a native of Syria, expressed surprise that agents of the United States Government had obtained his cell phone number and contacted him in that manner.

2

TEDARDS' MOTION TO
COMPEL THE GOVERNMENT TO UPDATE
AND FINALIZE ITS WITNESS AND EXHIBIT LISTS
Civil Case No. 05-0991 (DAR)

Mr. Moussa said the caller asked him if he had "investigated" the Tedards prior to dealing with them. (There was no need for Mr. Moussa to "investigate" the Tedards. They have lived in a relatively small community in Tucson for over four years and are well-known in the neighborhood, the school system, the youth sports community, etc.)

Mr. Moussa further related that the caller asked him if he knew that Mr. Tedards is a lawyer. Mr. Moussa replied yes. Mr. Moussa said the caller told him that the Tedards had "abandoned" a property in Washington, D.C. Mr. Moussa said the caller told him he intended to "summon" him to produce all his records. Mr. Moussa told the caller that he likes the Tedards and their entire family and has nothing bad to say about them. He got the impression that the caller might be reconsidering whether to "summon" him in light of that, but Mr. Moussa isn't sure.

Today, at 11:05 AM Tucson time, the Tedards received notice via email that the Government, working through the U.S. Attorney's office in Minneapolis, Minnesota, has now issued more subpoenas to two residents of Woodbury, Minnesota, demanding all documents they have relating to dealings with the Tedards, which apparently occurred back in 1999.

The ethical and/or legal concerns raised by this type of predatory behavior can be sorted out later. But in the meantime, the Tedards are entitled to an order

3

TEDARDS' MOTION TO
COMPEL THE GOVERNMENT TO UPDATE
AND FINALIZE ITS WITNESS AND EXHIBIT LISTS
Civil Case No. 05-0991 (DAR)

compelling the Government to identify all new witnesses and documents that they are attempting to assemble at the last minute for use in the trial and to state the relevance of each. A proposed Order is attached.

Under penalty of perjury, William and Yvonne Tedards verify that all of the facts stated are true to be the best of their knowledge and belief.

DATED: September 5, 2008                     Respectfully submitted,

WILLIAM P. TEDARDS, JR.

/s/

---
William P. Tedards, Jr. (#143636)
6380 E. Miramist Place
Tucson, AZ 85750
TEL: 520 577-9877

*Appearing Pro Se*

/s/

---
Yvonne Tedards
6380 E. Miramist Place
Tucson, AZ 85750
TEL: 520 577-9877

*Appearing Pro Se*

4

TEDARDS' MOTION TO
COMPEL THE GOVERNMENT TO UPDATE
AND FINALIZE ITS WITNESS AND EXHIBIT LISTS
Civil Case No. 05-0991 (DAR)

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 5, 2008, I electronically filed the foregoing with the Clerk of the U.S. District Court, for the District of Columbia using the CM/CEF e-filing system which will send notification to opposing counsel of record.

/s/
_____
William P. Tedards, Jr.

5

TEDARDS' MOTION TO
COMPEL THE GOVERNMENT TO UPDATE
AND FINALIZE ITS WITNESS AND EXHIBIT LISTS
Civil Case No. 05-0991 (DAR)