UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No.: |
| | ) | 1:05-CV-0991-DAR |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| WILLIAM P. TEDARDS, JR. and | ) | |
| YVONNE TEDARDS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER [proposed]**

Upon consideration of Defendants' motion to compel the Government to update and finalize its witness and exhibit lists, it is hereby

**ORDERED** that Defendants' Motion is GRANTED.  It is further

(a)   **ORDERED** that Plaintiff provide the name and area of testimony of each additional witness whom the Plaintiff may call at the trial; and

(b)   **ORDERED** that the Plaintiff list and produce all additional exhibits which the Plaintiff may use at trial and state the relevance of each.

**IT IS SO ORDERED** this _____ day of _____ 2008.

_____
Hon. Deborah A. Robinson
United States Magistrate Judge