UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-0991 (DAR) |
| | ) | |
| WILLIAM P. TEDARDS, JR. | ) | |
| YVONNE TEDARDS, | ) | |
| | ) | |
| Defendants/ | ) | |
| Counterclaimants. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Subject to and consistent with the terms of a Joint Stipulation of Settlement and

Dismissal betweeen the Plaintiff, United States of America, and Defendants, William P. Tedards,

Jr. and Yvonne Tedards, dated September 8, 2008, the Plaintiff and the Defendants hereby

stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the above-captioned action, including

Defendants' counterclaim, shall be dismissed with prejudice.

Each party shall bear its own costs and fees.

Dated this __8th__ day of September, 2008.

Respectfully Submitted,

WILLIAM TEDARDS, JR
AND
YVONNE TEDARDS

UNITED STATES OF AMERICA

/s/ _[signature]_
WILLIAM TEDARDS, JR.
Defendant/Counterclaimant

/s/ _[signature]_
JEFFREY A. TAYLOR
D.C. BAR #498610
United States Attorney

/s/ _[signature]_
YVONNE TEDARDS
Defendant/Counterclaimant

/s/ _[signature]_
RUDOLPH CONTRERAS
D.C. BAR #451058
Assistant United States Attorney

/s/ _[signature]_
PAUL A. MUSSENDEN

Assistant United States Attorney
501 Third Street, N.W., Rm E-4812
Washington, D.C. 20530
(202) 305-4740